**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>COASTAL INTERNATIONAL, INC., a Nevada corporation,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:19-bk-13584-TA<br><br>Chapter 11<br><br>**DECLARATION OF REEM J. BELLO REGARDING TELEPHONIC NOTICE OF HEARINGS ON:**<br><br>(1) EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364;<br>(2) EMERGENCY MOTION FOR ORDER APPROVING STIPULATION FOR THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 363(c)(2) AND 363(b)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d); AND<br>(3) EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PREPETITION PAYROLL OBLIGATIONS<br><br>DATE:  September 18, 2019<br>TIME:  11:00 a.m.<br>CTRM:  5B<br>          411 West Fourth Street<br>          Santa Ana, California 92701 |

DECLARATION

## DECLARATION OF REEM J. BELLO

I, Reem J. Bello, declare as follows:

1. I am a partner at the Law Offices of Weiland Golden Goodrich LLP (the "Firm"), proposed counsel for debtor and debtor-in-possession, Coastal International, Inc. ("Debtor"). Except as otherwise stated, the following is true and correct and within my own personal knowledge and belief, and if called as a witness, I could and would competently testify thereto.

2. On September 16, 2019 between the hours of 11:00 a.m. and 12:30 p.m., I contacted the following parties and provided them with telephonic notice of the hearings set by the Court on an emergency basis. Each person that I reached was informed that there was a hearing on an emergency basis on the (1) Emergency Motion for Order Authorizing Debtor to Obtain Post Petition Financing; (2) Emergency Motion for Order Approving Stipulation for the Use of Cash Collateral; (3) Emergency Motion for Order Authorizing Payment and Honoring of Prepetition Payroll Obligations.

3. The following summarizes the results of my efforts to provide telephonic notice of hearing on the Motions.

| PARTY | RESULT |
| --- | --- |
| Office of the U.S. Trustee | Provided hearing information to Marilyn Sorensen at 11:30 a.m. |
| TAB Bank | Provided hearing information to TAB Bank's counsel, Steven Waterman, at 12:20 p.m. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of September, 2019, at Costa Mesa, California.

REEM J. BELLO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF REEM J. BELLO REGARDING TELEPHONIC NOTICE OF HEARINGS ON: (1)EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364; (2)EMERGENCY MOTION FOR ORDER APPROVING STIPULATION FOR THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 363(C)(2) AND 363(B)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(D); AND(3)EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PREPETITION PAYROLL OBLIGATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **September 16, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below

[X] Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **September 16, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 16, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 16, 2019 | Kelly Adele | *Kelly Adele* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

F 9013-3.1.PROOF.SERVICE

**Electronic Mail Notice List**
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov