**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

**FILED & ENTERED**

**SEP 16 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mccall    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re

COASTAL INTERNATIONAL, INC., a Nevada corporation,

　　　　Debtor and Debtor-in-Possession.

Case No. 8:19-bk-13584-TA

Chapter 11

**ORDER SETTING HEARING ON:**

**(1) EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364;**

**(2) EMERGENCY MOTION FOR ORDER APPROVING STIPULATION FOR THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 363(c)(2) AND 363(b)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d) AND FOR ORDER AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND HONORING PREPETITION CHECKS FOR A LIMITED PERIOD OF TIME PURSUANT TO 11 U.S.C. SECTIONS 105, 345, and 363; AND**

**(3) EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PREPETITION PAYROLL OBLIGATIONS**

**DATE:** September 18, 2019
**TIME:** 11:00 a.m.
**CTRM:** 5B
　　　　411 West Fourth Street
　　　　Santa Ana, California 92701

1234260.1

ORDER SETTING EMERGENCY HEARING

**IT IS ORDERED:**

1. The hearing on Coastal International, Inc.'s ("Debtor") (1) the *Emergency Motion for Order Authorizing Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, and 364* ("DIP Financing Motion"); (b) the *Emergency Motion for Order Approving Stipulation for the Use of Cash Collateral Pursuant to 11 U.S.C. Sections 363(c)(2) and 363(b)(1) and Federal Rule of Bankruptcy Procedure 4001(d), Authorizing Maintenance of Existing Bank Accounts, Cash Management System and Honoring Pre-Petition Check for a Limited Period of Time Pursuant to 11 U.S.C. §§ 105, 345 and 363* ("Cash Collateral Motion"); and (c) the *Emergency Motion for Order Authorizing Payment and Honoring of Prepetition Payroll Obligations* ("Payroll Motion", and together with the DIP Financing Motion and Cash Collateral Motion, the "Motions") is set for September 18, 2019, at 11:00 a.m. in Courtroom 5B of the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Hearing");

2. Debtor must provide telephonic notice of the Hearing to (a) the Office of the United States Trustee; and (b) the secured creditors and/or counsel by no later than 5:00 p.m. on September 16, 2019.

3. Debtor must provide written notice of the Hearing on (a) the Office of the United States Trustee; (b) the secured creditors; (c) the 20 largest unsecured creditors; and (d) those requesting special notice, by overnight mail, email, fax and/or personal delivery by no later than 5:00 p.m. on September 16, 2019.

3. Debtor must serve a copy of the Motions on (a) the Office of the United States Trustee; and (b) the secured creditors by overnight mail, email, fax and/or personal delivery by no later than 5:00 p.m. on September 17, 2019.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

4.   Any opposition to the Motions must be presented to the Court at or by the time of the Hearing.

###

Date: September 16, 2019

Theodor C. Albert
United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1234260.1     3     ORDER SETTING EMERGENCY HEARING