**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-13584 TA |
| COASTAL INTERNATIONAL, INC., a Nevada corporation | Chapter 11 |
| Debtor and Debtor-in-Possession. | **EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PRE-PETITION PAYROLL OBLIGATIONS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF BRUCE GREEN IN SUPPORT THEREOF** |
| | **DATE:    September 18, 2019** **TIME:    11:00 a.m.** **CTRM:  5B** |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATE BANKRUPTCY**

**JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER**

**INTERESTED PARTIES:**

Coastal International, Inc., the debtor and debtor-in-possession ("Debtor") in the

above-captioned chapter 11 bankruptcy case ("Case"), hereby moves (the "Motion") the

Court on an emergency basis, for an order granting the following relief:

A.    Authorizing payment of pre-petition independent contractor and employee wage

and salary obligations owed by Debtor up to the priority limit in Section 507(a)(4) of the

1  United States Bankruptcy Code, and associated tax liability for the pre-petition payroll

2  obligations;

3  B.    Authorizing Debtor to pay:  1) the reimbursement of ordinary course pre-petition

4  employment business expenses in accordance with company policy, and 2) the payment

5  of benefit obligations including 401(k) plan employer contributions, worker's

6  compensation, medical, dental, life insurance, disability insurance, union benefits, and

7  miscellaneous other benefits incurred and payable in the ordinary course;

8  C.    Authorizing Debtor to honor all pre-petition vacation pay, sick leave, holiday

9  pay, jury duty pay, and other paid leave claims in the ordinary course;

10  D.    Authorizing Debtor to retain its pre-petition payroll account(s) and all general

11  operating accounts for 30 days and directing the bank or other financial institution not or

12  otherwise impair Debtor's ability to deposit funds into and to withdraw funds from said

13  account(s);

14  E.    Authorizing Debtor to take all actions reasonable and necessary to comply with

15  its obligations to its existing payroll services such as ADP;

16  F.    The entry of an order (i) directing all banks to honor all of Debtor's pre-petition

17  payroll checks, and (ii) prohibiting all banks from placing any holds on, or attempting to

18  reverse, any automatic transfers on account of the foregoing; and

19  G.    Authorizing and ratifying the payment of pre-petition payroll checks and finding

20  that TAB Bank is authorized, but not directed, on an interim basis, through and including

21  September 18, 2019, to honor checks presented for payment and all fund transfer

22  requests made by the Debtor, to the extent that sufficient funds are on deposit in the

23  applicable accounts at TAB Bank, in accordance with the interim stipulation (entered into

24  between TAB Bank and Debtor).

25  H.    Finding that TAB Bank is authorized, but not directed, to rely on the

26  representations of the Debtor with respect to whether any check or other transfer drawn or

27  issued by the Debtor prior to the Petition Date should be honored and to honor those

28  checks, and TAB Bank shall not have any liability to any party, including under 11 U.S.C.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1   §549, for relying on such representations by the Debtor, as provided for in the Interim

2   Stipulation and the Court's order thereon.

3       I.      Such additional relief as the Court deems just and proper.

4       This motion is made on the basis of the Declaration of Bruce Green ("Green

5   Declaration") attached hereto, the within points and authorities, and on such other

6   evidence as the Court elects to consider prior to or at the hearing on this matter.

7   Dated:  September 17, 2019                    WEILAND GOLDEN GOODRICH LLP

8

9                                        By: _____

10                                           JEFFREY I. GOLDEN
                                             REEM J. BELLO
11                                           Proposed Attorneys for Debtor
                                             and Debtor-in-Possession,
12                                           Coastal International, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.   THE NEED FOR EMERGENCY RELIEF

3         In order to preserve and maintain their ongoing business operations, and to meet

4    the needs of their customers, Debtor must retain the support of its employees.  To retain

5    this support, Debtor must timely pay all pre-petition payroll and wage related obligations

6    owed to this constituency.

7         The next payroll is due and payable on September 20, 2019 for employee and

8    independent contractor services rendered for the period September 8, 2019 through

9    September 14, 2019, and thus represents pre-petition claims.  The hours for this payroll

10   period will be uploaded to ADP on September 16, 2019, ADP will then issue checks on

11   September 18, 2019, and checks are distributed to the employee and independent

12   contractors on September 20, 2019.  In addition, Debtor issued payroll checks pre-petition

13   for employee and independent contractor services rendered for the period September 1,

14   2019 through September 7, 2019, and thus represents pre-petition claims.  Some of these

15   payroll checks were outstanding as of the filing of the chapter 11 bankruptcy and must be

16   honored post-petition.  TAB Bank, under the terms of the Interim Stipulation, agreed to

17   honor these pre-petition checks post-petition.  Payroll needs to be funded immediately

18   and the pre-petition checks issued must be honored by the Debtor's bank and secured

19   creditor.

20        As a result, the need for judicial relief is immediate.  Debtor believes that

21   employees will leave if they are not paid, which will cause immediate and irreparable

22   damage to Debtor's business.  In contrast, if Debtor can promptly obtain the relief sought

23   herein, their business value will be preserved for the benefit of all creditors.

24

25   ## II.   FACTUAL BACKGROUND

26        ### A.   The Bankruptcy Filing

27        On September 15, 2019 (the "Petition Date"), the Debtor commenced the Case

28   under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1  United States Bankruptcy Court for the Central District of California, Santa Ana Division

2  (the "Court").  The Debtor continues to operate and manage its business as a debtor-in-

3  possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request

4  for the appointment of a trustee or examiner has been made in the Case and no

5  committee has been appointed or designated.

6       The purpose of the Case is to reorganize the Debtor's business operations and to

7  propose a chapter 11 plan of reorganization.

8       **B.**    **The Debtor's Operations**

9       Debtor is a Nevada corporation formed in 1984, which provides trade show

10  installation and dismantling services in the exhibit and event industry.  Debtor's operations

11  extend into major cities across the United States and Debtor maintains a staff of trained,

12  full-time employees to handle most any installation and dismantling project from start to

13  finish.  Debtor owns a proprietary specialized interface which enables it to streamline the

14  flow of information between designer, client and event planner, show management and

15  general contractor.  Debtor has been a leader in the exhibit and event industry for over

16  three decades.  Debtor generated approximately $24 million in revenues during 2018.

17       **C.**    **TAB Bank**

18       Pre-petition, Debtor and TAB Bank entered into an accounts receivable purchase

19  and security agreement dated as of February 3, 2016 ("Pre-Petition Agreement").  On

20  April 26, 2018, the Pre-Petition Agreement was amended by the Debtor and TAB Bank

21  ("Amendment").  Pursuant to the Pre-Petition Agreement as amended by the Amendment,

22  TAB purchased certain designated accounts receivable from the Debtor.  For each

23  account purchased by TAB, TAB advanced 90% of the face value of the account to the

24  Debtor.  TAB performs the administrative services to collect the accounts from the

25  account debtors of the Debtor and collections are paid into a lock box at TAB.  Upon

26  receipt of payment in full for each account, TAB credits 90% of the account to pay off the

27  advance, and the additional 10%, less fees, interest, and expenses, is placed into a cash

28  reserve account (the "Pre-Petition Cash Reserve Account").  Additionally, TAB receives

1  into the same lock box payments on certain non-factored accounts of the Debtor, the

2  proceeds of which are placed in the Pre-Petition Cash Reserve Account.  In consideration

3  of the foregoing, TAB Bank was granted a first priority security interest in substantially all

4  of the Debtor's assets.  As of the Petition Date, the outstanding obligation due and owing

5  to TAB Bank was approximately $1.6 million.  The face value of the factored accounts

6  owing as of the Petition Date is approximately $1.8 million.

**D.    The Relief Sought in this Motion**

8        Debtor seeks Court authority to pay its pre-petition wage related obligations and

9  honor their related pre-petition benefits, as well as the tax liability associated with these

10  obligations.  These obligations include pre-petition payroll, wages, salaries, federal, state

11  and local payroll taxes, deductions and withholdings, payroll deductions relating to various

12  benefits, reimbursement of business expenses, 401(k) plan employer contributions; and

13  miscellaneous other claims asserted by current employees and independent contractors

14  (including, without limitation, worker's compensation, medical, dental, life insurance, and

15  disability insurance) (collectively, the "Pre-Petition Compensation").  These benefits

16  include vacation pay, sick leave, holiday pay, jury duty pay, and other paid leave

17  ("Benefits").

18        The pre-petition wages and associated tax liability component of the Prepetition

19  Compensation that is payable on September 20, 2019 will be approximately $332,000.

20  The payroll for the employees and independent contractors is paid in arrears on a weekly

21  basis.  Payroll is due on September 20, 2019 for pre-petition wages for the period

22  September 8, 2019 through September 14, 2019.  Attached to the Green Declaration as

23  Exhibit "1" is a list of the Debtor's employees and independent contractors and the payroll

24  amount for each.  Part of the Pre-Petition Compensation also includes payroll checks

25  issued by the Debtor pre-petition for employee and independent contractor services

26  rendered for the period September 1, 2019 through September 7, 2019, and thus

27  represents pre-petition claims.  Some of these payroll checks were outstanding and had

28  not been negotiated as of the filing of the chapter 11 bankruptcy and must be honored

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  post-petition.  Pursuant to the terms of the Interim Stipulation attached as Exhibit "2", TAB

2  Bank honored these pre-petition payroll checks post-petition.  Pursuant to the terms of the

3  Interim Stipulation, Debtor seeks an order from the Court retroactively authorizing and

4  ratifying the payment of the pre-petition checks, which shall include the following

5  language:

6          "TAB Bank is authorized, but not directed, on an interim basis, through and

7  including September 18, 2019, to honor checks presented for payment and all fund

8  transfer requests made by the Debtor, to the extent that sufficient funds are on deposit in

9  the applicable accounts at TAB Bank, in accordance with this Interim Stipulation and the

10  Court's order thereon and any other order of this Court. TAB Bank is authorized, but not

11  directed, to rely on the representations of the Debtor with respect to whether any check or

12  other transfer drawn or issued by the Debtor prior to the Petition Date should be honored

13  and to honor those checks pursuant to this Interim Order, and TAB Bank shall not have

14  any liability to any party, including under 11 U.S.C. § 549, for relying on such

15  representations by the Debtor, as provided for in this Interim Stipulation and the Court's

16  order thereon."

17          Furthermore, the Pre-Petition Compensation paid pursuant to this motion will not

18  exceed the $13,650 wage priority limit provided for in Section 507(a)(4) of the Bankruptcy

19  Code.

20          Debtor also seeks an order authorizing Debtor to retain its pre-petition payroll

21  account(s) for a period of 30 days and directing the bank or other financial institution not

22  or otherwise impair Debtor's ability to deposit funds into and to withdraw funds from said

23  account(s), and authorizing Debtor to take all actions reasonable and necessary to comply

24  with its obligations to its existing payroll service, ADP, and the entry of an order

25  (i) directing all banks to honor all of Debtor's pre-petition checks, and (ii) prohibiting all

26  banks from placing any holds on, or attempting to reverse, any automatic transfers on

27  account of the foregoing.  In order to prevent the disruption of Debtor's business

28  operations, Debtor desires to retain these accounts during the case for thirty (30) days

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  after the Petition Date.  The retention of these accounts will not have any adverse impact

2  upon the interests of creditors, since no pre-petition claims will be paid from these

3  accounts except to the extent authorized in this Motion, or otherwise, by this Court.

4       **E.**   **The Critical Need for Immediate Relief**

5      Debtor's business is dependent upon its labor.  If these employees or independent

6  contractors are not paid, they will cease working and seek employment elsewhere.  Any

7  such disruption would have a devastating effect upon Debtor's business and

8  consequential value to the creditors.  In contrast, if Debtor obtains the relief sought herein,

9  its business operation will continue in the ordinary course, customer needs will be met,

10  and the overall value of Debtor's business enterprise will be preserved for creditors.

11

12  **III.**   **EMERGENCY RELIEF IS AUTHORIZED UNDER THESE CIRCUMSTANCES**

13      Procedural authorization for an emergency hearing on this emergency motion is

14  found in Rule 9006 of the Federal Rules of Bankruptcy Procedure, and in Local

15  Bankruptcy Rule 9075 1.  As discussed herein and as set forth in the supporting Green

16  Declaration filed concurrently herewith, Debtor respectfully submits that, on the facts of

17  this case, emergency relief is both necessary and appropriate.

18

19  **IV.**   **THE DEBTOR SHOULD BE AUTHORIZED TO PAY PRE-PETITION PAYROLL**

20      **A.**   **The Court May Authorize Payment of Pre-Petition Payroll and**

21          **Honoring of Benefits**

22      Bankruptcy Code section 507(a)(4) gives priority status to allowed unsecured

23  claims for wages, salaries, or commissions, including vacation, severance, and sick leave

24  pay earned by an individual within 180 days of the Petition Date, up to $13,650 per

25  individual.  Specifically, section 507(a)(4) provides in pertinent part:

26      (a) The following expenses and claims have priority in the following order: . . .

27      (4) Third, allowed unsecured claims, but only to the extent of $13,650 for each

28  individual or corporation, as the case may be, earned within 180 days before the date of

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1  the filing of the petition or the date of the cessation of the debtor's business, whichever

2  occurs first, for—

3         (A) wages, salaries, or commissions, including vacation, severance, and sick leave

4  pay earned by an individual;

5  *See* 11 U.S.C. § 507(a)(4).

6         Thus, payment of these claims prior to confirmation of a plan does not upset the

7  scheme of payment; it merely accelerates payment to certain parties as necessary to

8  maintain the debtor's operations.  *See In re Quality Interiors, Inc.*, 127 B.R. 391, 396

9  (Bankr. N.D. Ohio 1991);  *see also*, *In re Adams Apple, Inc.*, 829 F.2d 1484, 1490 (9th Cir.

10 1987) ("[C]ases have permitted unequal treatment of pre-petition debts when necessary

11 for rehabilitation in such context as (i) pre-petition wages to key employees. . . .").

12        As stated by the Ninth Circuit in <u>In re Adams Apple, Inc.</u>, 829 F.2d 1484 (9th Cir.

13 1987):

14        [A]nother "fundamental tenet"–rehabilitation of debtors, which may supersede the

15 policy of equal treatment.  Cases have permitted unequal treatment of pre-petition debts

16 when necessary for rehabilitation, in such contexts as (i) pre-petition wages to key

17 employees; (ii) hospital malpractice premiums incurred prior to filing; (iii) debts to

18 providers of unique and irreplaceable supplies; and (iv) peripheral benefits under labor

19 contracts.  <u>See</u> Ordin, Case Comment, <u>In re Texlon Corporation</u>, 596 F.2d 1092 (2d Cir.

20 1979): Finality of Order of Bankruptcy Court, 54 Amer. Bankr. L.J. 173, 177 (1980).  ([I]t

21 illustrates a Congressional willingness to subordinate the interests of pre-petition creditors

22 to the goal of rehabilitation.)

23        Courts have also authorized Chapter 11 debtors to honor pre-petition employee

24 benefits.  <u>See</u>, <u>Matter of Canton Casting, Inc.</u>, 103 B.R. 874 (Bankr. N.D. Ohio

25 1989) (authorizing payment of pre-petition vacation benefits); <u>In re Busy Beaver Bldg.</u>

26 <u>Centers, Inc.</u>, 19 F.3d 833, 853 (3rd Cir. 1994) ("the bankruptcy court entered numerous

27 interim orders. . . authorizing. . . the payment of pre-petition wages and employee

28 benefits. . ."); <u>In re Chateaugay Corp.</u>, 80 B.R. 279, 281 (S.D.N.Y. 1987) ("Judge Lifland,

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1    upon application of LTV, issued an order authorizing and empowering LTV to continue

2    payment of pre-petition wages and salaries, employee reimbursement expenses, and

3    benefits.").

4         As set forth above, Section 507(a)(4) affords priority status to unsecured claims for

5    wages, salaries or commissions, including vacation, severance, and sick leave pay

6    earned by an individual within 180 days before the filing of a bankruptcy petition to the

7    extent of $13,650 for each such individual.  For a number of reasons, the Bankruptcy

8    Code affords special treatment to certain pre-petition claims of employees.  Wages are

9    priority claims, and thus must be paid in full in a reorganization case.  The ability to ensure

10   that the employees receive their unpaid pre-petition salary and do not miss a paycheck is

11   critical to obtaining the stability necessary for a successful reorganization, which benefits

12   all creditors.  Compared with a typical claim in bankruptcy, wages represent a large part of

13   an employee's wealth.  In addition, unlike an ordinary trade creditor, the typical employee

14   does not have other sources of income and, thus, cannot diversify the risk of the

15   employer's default.  Therefore, this Court has authority to allow the Debtor to pay certain

16   pre-petition claims.

17        In the within case, as more particularly set forth in the Green Declaration, ample

18   cause exists justifying payment of the pre-petition period wages.  Specifically, as

19   evidenced by the Green Declaration, the maximization of the value of Debtor is contingent

20   upon the continued operation of Debtor's business.  Since the loss of any employee at this

21   critical juncture could materially damage Debtor's business operations, and consequently

22   the value of their overall business enterprise, compelling grounds exist for the entry of an

23   order authorizing Debtor to pay and/or honor the pre-petition employee wages and

24   compensation in the amounts established by the Green Declaration.  Attached to the

25   Green Declaration as Exhibit "3" is a list of the Debtor's employees and independent

26   contractors, and the estimated wages owed to each employee.

27        Consequently, it is critical that Debtors continue, in the ordinary course, those

28   personnel policies that were in effect prior to the Petition Date.  If the checks issued by a

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

payroll service such as ADP in payment of any of the compensation or other employee obligations are dishonored, or if such obligations are not timely paid post-petition, the employees may suffer extreme personal hardship and may be unable to pay their daily living expenses.  A loss of employee morale and goodwill at this crucial juncture would undermine Debtor's stability, and undoubtedly would have a negative effect on Debtor, its customers, the value of its assets and business, and its ability to achieve their objectives in chapter 11.  As noted by the court in *In re Equalnet Communications Corp.*, 258 B.R. 368 (Bankr. S.D. Tex. 2000), "the need to pay [pre-petition employee wage claims] in an ordinary course of business time frame is simple common sense.  Employees are more likely to stay in place and to refrain from actions which could be detrimental to the case and/or the estate if their pay and benefits remain intact and uninterrupted."  *Id.* at 370.

Nothing in this Motion nor any payments made by Debtor pursuant to this Motion, shall be deemed an assumption or rejection of any employee benefit plan, employment agreement, other program or contract, or otherwise affect Debtor's rights under section 365 the Bankruptcy Code to assume or reject any executory contract between the Debtor and any employee or any payroll service.

Finally, on a procedural basis, Rule 2081-1(a)(6) of the Local Bankruptcy Rules provides that a debtor may bring a motion seeking to pay pre-petition payroll and to honor pre-petition employment procedures on emergency or expedited relief  so long as the motion is "supported by evidence that establishes: (A) the employees are still employed; (B) the necessity for payment; (C) the benefit of the procedures; (D) the prospect of reorganization; (E) whether the employees are insiders; (F) whether the employees' claims are within the limits established by 11 U.S.C. § 507; and (G) the payment will not render the estate administratively insolvent."

As to administrative insolvency, concurrently with the filing of this instant Motion, the Debtor will be filing a motion for approval of debtor-in-possession financing ("DIP Financing") and a motion for approval of a cash collateral stipulation ("Cash Collateral Stipulation") with TAB Bank to cover administrative and operational.  If the Court approves

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1   the DIP Financing and Cash Collateral Stipulation, the Debtor should have enough cash

2   on hand to cover operations and administrative expenses incurred in the immediate

3   future.

4        Therefore, Debtor believes that, unless the Court allows the payments requested

5   herein to its employees, the disruption to Debtor's employees and business practices

6   would substantially jeopardize Debtor's ability to reorganize their affairs.

7       **B.**    **All of the Pre-Petition Compensation in Question Represent Payment**

8              **of Priority Claims**

9        Post-petition, TAB Bank honored pre-petition checks for Prepetition Compensation

10   on an interim basis pending the emergency hearings to be held before the Court in order

11   to avoid any disruption in Debtor's business operations.  The pre-petition checks that are

12   the subject of the Interim Stipulation with TAB Bank represent Pre-petition Compensation

13   that was paid by Debtor pre-petition, but was not negotiated until post-petition.  TAB Bank

14   agreed to honor these checks post-petition pursuant to the terms of the Interim Stipulation

15   which requires that Debtor obtain approval of the Interim Stipulation on a retroactive basis.

16   All of the pre-petition checks honored by TAB Bank post-petition represent priority claims

17   of the Debtor's employees and independent contractors.

18        Therefore, all of the Pre-Petition Compensation in question constitute priority

19   claims pursuant to Sections 507(a)(4) and (a)(5) of the Bankruptcy Code, and are

20   therefore more likely to be paid in any event.  Debtor is unable to determine whether all

21   vacation, severance and sick leave pay was earned by employees within 180 days of the

22   Petition Date or whether contributions to employee benefit plans arise from services

23   rendered within 180 days of the Petition Date.  However, none of the payroll checks will

24   exceed this limit.

25        Since all priority payments must be made eventually before general unsecured

26   claims can be paid, the Courts often permit the payment of pre-petition wages so that the

27   debtor-in-possession may maintain an effective workforce, especially where the amount of

28   the payment is relatively small and where it appears that the wages being paid would

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  ultimately qualify as priority claims.  I*n re Quality Interiors, Inc., supra,* at 396, citing 11

2  U.S.C. §507.  Debtor believes that all of the subject pre-petition wages, as well as claims

3  for vacation and sick leave benefits and other related benefits, constitute priority claims

4  pursuant to the provisions of Sections 507(a)(4) and (a)(5), which will be paid by Debtor in

5  any event.  Consequently, there is ample authority and legal justification for authorizing

6  the Debtor to honor its wage and benefit commitments to current employees and

7  independent contractors to the extent that they constitute pre-petition obligations, as they

8  are relatively small amounts and likely within priority limits in any event.

9

10  **V.    NOTICE OF THE MOTION IS ADEQUATE**

11      Because of the exigencies of the Debtor's Case and the irreparable harm to the

12  Debtor, its Chapter 11 estate and all parties-in-interest that may ensue if the relief

13  requested herein is not granted, the Debtor submits that no further notice need be given.

14  No previous motion for the relief sought herein has been made to this Court or to any

15  other court.  Notice of this Motion will be provided, to the following parties-in-interest:

16  (a) the Office of the United States Trustee, (b) TAB Bank and (c) the 20 largest unsecured

17  creditors.  In light of the limited nature of the relief requested herein, Debtor submits that

18  no further notice of the Motion should be required.  Under the circumstances of this case

19  this notice is fair and reasonable.

20      In compliance with LBR 2081-1(a)(6) and 9075-1, counsel for the Debtor will

21  contact the Court to obtain a hearing date within 48 hours, and will provide telephonic

22  notice of the Motion to be given to the Office of the United States Trustee and  TAB Bank.

23  In accordance with the provisions of FRBP 4001(b)(1), notice of this Motion has been

24  given to the U.S. Trustee, TAB Bank and the 20 largest unsecured creditors.

25

26

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  **VI.    CONCLUSION**

2  For the foregoing reasons, pursuant to 11 U.S.C. §§ 105(a), 363(b) and (c),

3  507(a)(4), (a)(5) and (a)(8), 541(b)(7), 549, 1107, 1108, 1122(b), and 1129(a)(9), Debtor

4  requests the Court enter an order:

5  (1)    Authorizing payment of pre-petition independent contractor and employee

6  wage and salary obligations owed by Debtor up to the priority limit in Section

7  507(a)(4) of the United States Bankruptcy Code, and associated tax liability;

8  (2)    Authorizing Debtor to pay: 1) the reimbursement of ordinary course pre-

9  petition employment business expenses in accordance with company policy,

10  and 2) the payment of benefit obligations including 401(k) plan employer

11  contributions, worker's compensation, medical, dental, life insurance,

12  disability insurance, union benefits, and miscellaneous other benefits

13  incurred and payable in the ordinary course;

14  (3)    Authorizing Debtor to honor all pre-petition vacation pay, sick leave, holiday

15  pay, jury duty pay, and other paid leave claims in the ordinary course;

16  (4)    Authorizing Debtor to retain its pre-petition payroll account(s) for 30 days

17  and directing the bank or other financial institution not or otherwise impair

18  Debtor's ability to deposit funds into and to withdraw funds from said

19  account(s);

20  (5)    Authorizing Debtor to take all actions reasonable and necessary to comply

21  with its obligations to its existing payroll services such as ADP;

22  (6)    The entry of an order (i) directing all banks to honor all of Debtor's pre-

23  petition checks, and (ii) prohibiting all banks from placing any holds on, or

24  attempting to reverse, any automatic transfers on account of the foregoing;

25  (7)    Approving the terms of the Interim Stipulation between TAB Bank and

26  Debtor retroactively Debtor seeks an order from the Court retroactively

27  authorizing and ratifying the payment of the pre-petition checks, which shall

28  include the following language:

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1    "TAB Bank is authorized, but not directed, on an interim basis, through and

2    including September 18, 2019, to honor checks presented for payment and

3    all fund transfer requests made by the Debtor, to the extent that sufficient

4    funds are on deposit in the applicable accounts at TAB Bank, in accordance

5    with this Interim Stipulation and the Court's order thereon and any other

6    order of this Court. TAB Bank is authorized, but not directed, to rely on the

7    representations of the Debtor with respect to whether any check or other

8    transfer drawn or issued by the Debtor prior to the Petition Date should be

9    honored and to honor those checks pursuant to this Interim Order, and TAB

10    Bank shall not have any liability to any party, including under 11 U.S.C. §

11    549, for relying on such representations by the Debtor, as provided for in this

12    Interim Stipulation and the Court's order thereon."; and

13    (8)    And any other relief the Court deems just and reasonable.

14    Respectfully submitted,

15    Dated:  September 17, 2019    WEILAND GOLDEN GOODRICH LLP

16

17    By:  /s/ REEM J. BELLO

18    JEFFREY I. GOLDEN
REEM J. BELLO
Proposed Attorneys for Debtor and

19    Debtor-in-Possession,
Coastal International, Inc.

20

21

22

23

24

25

26

27

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1

2

### **DECLARATION OF BRUCE GREEN**

3

I, Bruce Green, declare as follows:

4

1.      I am the Chief Executive Officer of Coastal International, Inc., the debtor and

5

debtor-in-possession ("Debtor") in the above-captioned chapter 11 case.  In my role as

6

Chief Executive Officer, I am familiar with the daily operations of the Debtor's business.

7

Except as otherwise noted, I have personal knowledge of the matters set forth in this

8

Declaration and, if called as a witness, could testify competently thereto.  I am submitting

9

this Declaration in support of the Debtor's Motion for Order Authorizing Payment and

10

Honoring of Pre-Petition Payroll Obligations (the "Motion").  All capitalized terms set forth

11

in the Motion are incorporated herein by this reference.

12

2.      The Debtor is a Nevada corporation formed in 1984, which provides trade

13

show installation and dismantling services in the exhibit and event industry.  Debtor's

14

operations extend into major cities across the United States and Debtor maintains a staff

15

of trained, full-time employees to handle most any installation and dismantling project from

16

start to finish.  Debtor owns a proprietary specialized interface which enables it to

17

streamline the flow of information between designer, client and event planner, show

18

management and general contractor.  Debtor has been a leader in the exhibit and event

19

industry for over three decades.  The Debtor generated $24 million in revenues during

20

2018.

21

3.      On September 15, 2019 (the "Petition Date"), the Debtor commenced the

22

Case under chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy

23

Court for the Central District of California, Santa Ana Division (the "Court").  The Debtor

24

continues to operate and manage its business as a debtor-in-possession pursuant to

25

sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a

26

trustee or examiner has been made in the Case and no committee has been appointed or

27

designated.

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1233389.1

CASH COLLATERAL MOTION

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

4. The purpose of the Case is to reorganize the Debtor's business operations and to propose a chapter 11 plan of reorganization.

5. Pre-petition, Debtor and TAB Bank entered into an accounts receivable purchase and security agreement dated as of February 3, 2016 ("Pre-Petition Agreement").  On April 26, 2018, the Pre-Petition Agreement was amended by the Debtor and TAB Bank ("Amendment").  Pursuant to the Pre-Petition Agreement as amended by the Amendment, TAB purchased certain designated accounts receivable from the Debtor. For each account purchased by TAB, TAB advanced 90% of the face value of the account to the Debtor.  TAB performs the administrative services to collect the accounts from the account debtors of the Debtor and collections are paid into a lock box at TAB.  Upon receipt of payment in full for each account, TAB credits 90% of the account to pay off the advance, and the additional 10%, less fees, interest, and expenses, is placed into a cash reserve account (the "Pre-Petition Cash Reserve Account").  Additionally, TAB receives into the same lock box payments on certain non-factored accounts of the Debtor, the proceeds of which are placed in the Pre-Petition Cash Reserve Account.  In consideration of the foregoing, TAB Bank was granted a first priority security interest in substantially all of the Debtor's assets.  As of the Petition Date, the outstanding obligation due and owing to TAB Bank was approximately $1.6 million.  The face value of the factored accounts owing as of the Petition Date is approximately $1.8 million.

6. Debtor must issue payroll on September 16, 2019, which will pay the accrued payroll incurred from September 8, 2019 through September 14, 2019.

7. Payroll for this prepetition period is due to be paid on September 20, 2019, but must be uploaded to ADP on September 16, 2019.

8. Debtor's obligations owed on account of the September 20, 2019 payroll is approximately $332,000 ("Pre-Petition Compensation").  Attached as Exhibit "1" is a list of the Debtor's employees and independent contractors and the payroll amount for each.

9. Part of the Pre-Petition Compensation also includes payroll checks issued by the Debtor pre-petition for employee and independent contractor services rendered for

1233400.1

1  the period September 1, 2019 through September 7, 2019, and thus represents

2  pre-petition claims.  Some of these payroll checks were outstanding and had not been

3  negotiated as of the filing of the chapter 11 bankruptcy and must be honored post-petition.

4        10.    Pursuant to the terms of the Interim Stipulation attached as Exhibit "2", TAB

5  Bank honored these pre-petition payroll checks post-petition.  Pursuant to the terms of the

6  Interim Stipulation, Debtor seeks an order from the Court retroactively authorizing and

7  ratifying the payment of the pre-petition checks, which shall include the following

8  language:

9       "TAB Bank is authorized, but not directed, on an interim basis, through and

10  including September 18, 2019, to honor checks presented for payment and all fund

11  transfer requests made by the Debtor, to the extent that sufficient funds are on deposit in

12  the applicable accounts at TAB Bank, in accordance with this Interim Stipulation and the

13  Court's order thereon and any other order of this Court. TAB Bank is authorized, but not

14  directed, to rely on the representations of the Debtor with respect to whether any check or

15  other transfer drawn or issued by the Debtor prior to the Petition Date should be honored

16  and to honor those checks pursuant to this Interim Order, and TAB Bank shall not have

17  any liability to any party, including under 11 U.S.C. § 549, for relying on such

18  representations by the Debtor, as provided for in this Interim Stipulation and the Court's

19  order thereon."

20        11.    Debtor's payroll is paid through ADP, a payroll company.

21        12.    Debtor seeks approval to pay (a) pre-petition independent contractor and

22  employee wage and salary obligations owed by Debtor up to the priority limit in Section

23  507(a)(4) of the United States Bankruptcy Code, and the associated tax liability; (b)

24  reimbursement of ordinary course pre-petition employment business expenses in

25  accordance with company policy, and (c) the payment of benefit obligations including

26  401(k) plan employer contributions, worker's compensation, medical, dental, life

27  insurance, disability insurance, union benefits, and miscellaneous other benefits incurred

28  and payable in the ordinary course.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1233400.1

PAYROLL MOTION

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

13.    Debtor also seeks authority to (a) honor all pre-petition vacation pay, sick leave, holiday pay, jury duty pay, and other paid leave claims in the ordinary course; (b) retain its pre-petition payroll account(s) for 30 days and directing the bank or other financial institution not or otherwise impair Debtor's ability to deposit funds into and to withdraw funds from said account(s); and (c) take all actions reasonable and necessary to comply with its obligations to its existing payroll services such as ADP.

14.    Debtor also seeks entry of an order (a) directing all banks to honor all of Debtor's pre-petition checks, and (b) prohibiting all banks from placing any holds on, or attempting to reverse, any automatic transfers on account of the foregoing pre-petition payroll obligations, approval of the continued use of ADP to pay all outstanding payroll, post-petition payroll, payroll related taxes, with the Debtor separately paying worker's compensation, Debtor's portion of its employees' medical insurance premiums, and other miscellaneous business expenses in its ordinary course pursuant to 11 U.S.C. § 363(b).

15.    I am informed and believe that the employees and independent contractors who are currently owed pre-petition payroll are still employed and contracted by Debtor.

16.    If the Debtor does not pay the employees and independent contractors on account of pre-petition obligations, I am concerned that a majority of the employees and independent contractors would resign.

17.    I am informed and believe, that the employees and independent contractors to be paid are not insiders of the Debtor.

18.    I am informed and believe that the payments to be made are within the limits set forth under 11 U.S.C. § 507.

19.    I am informed that Debtor will be concurrently filing a motion for approval of a debtor-in-possession loan ("DIP Financing") and a motion for approval of a cash collateral stipulation ("Cash Collateral Stipulation") with TAB Bank to cover administrative and operational expenses.

1    collateral stipulation ("Cash Collateral Stipulation") with TAB Bank to cover administrative

2    and operational expenses.

3         20.    If the Court approves the DIP Financing and Cash Collateral Stipulation,

4    Debtor should have enough cash on hand to cover operations and administrative

5    expenses incurred in the immediate future.

6         21.    Debtor must pay its employees and independent contractors on schedule on

7    September 20, 2019 and must honor the pre-petition checks issued pre-petition but

8    negotiated post-petition because I am concerned that without the ability to retain ADP,

9    and pay payroll, the Debtor may lose its employees and independent contractors and will

10    not be able to operate.

11         I declare under penalty of perjury that the foregoing is true and correct.

12         Executed on this 17th day of September, 2019, at Sausalito, California.

13

14    _____
                    BRUCE GREEN

15

16

17

18

19

20

21

22

23

24

25

26

27

28    1233400.1

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

PAYROLL MOTION

Payroll Register

| Personnel | | Net Pay | Memos |
|---|---|---|---|
| **Paid-In Department - 039 - Louisiana Installers** | | | |
| **Borne, William F.** | | Check# | |
| File #: | 006906 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 1,120.02 | |
| Rate: | 30.0000 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | | |
| Rate: | 30.0000 | | |
| **Cheong, Leyland** | | Check# | |
| File #: | 018427 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 758.07 | |
| Rate: | 27.5000 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | | |
| Rate: | 27.5000 | | |
| **Cheong, Leyland Anthony** | | Check# | |
| File #: | 019408 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 811.41 | |
| Rate: | 27.5000 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | | |
| Rate: | 27.5000 | | |
| **Hall, Philip** | | Check# | |
| File #: | 002570 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 533.37 | |
| Rate: | 30.0000 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | | |
| Rate: | 30.0000 | | |
| **Jones, Craig** | | Check# | |
| File #: | 020791 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 652.53 | |
| Rate: | 25.1500 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | | |
| Rate: | 25.1500 | | |
| **Lanau, Luc** | | Check# | |
| File #: | 015588 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 388.21 | |
| Rate: | 27.5000 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | | |
| Rate: | 27.5000 | | |
| **Lannes, Patrick** | | Check# | |
| File #: | 016952 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 680.82 | |
| Rate: | 27.5000 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | | |
| Rate: | 27.5000 | | |
| **Merrill, George** | | Check# | |
| File #: | 018109 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 342.19 | |
| Rate: | 27.5000 | | |
| **Northcutt, Michael** | | Check# | |
| File #: | 019137 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | 450.36 | |
| Rate: | 25.1500 | | |
| W-In Dept: | 039 | | |
| H Dept: | 039 | | |
| Rate: | 25.1500 | | |

EXHIBIT 1  PAGE  21

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Dept. Total**<br>**039** | | **9 Pays**<br>**5,736.98** |
| Hours Analysis | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 040 - Louisiana Non-Union** | | |
| **Darby, Michael**<br>File #:      012038<br>W-In Dept:   040<br>H Dept:      040<br>Rate:        25.0000 | Check#<br><br>45.12 | |
| **Doize, Craig J.**<br>File #:      015520<br>W-In Dept:   040<br>H Dept:      040<br>Rate:        30.0000 | Check#<br><br>817.84 | |
| W-In Dept:   040<br>H Dept:      040<br>Rate:        30.0000 | | |
| **Jones, Derek**<br>File #:      020788<br>W-In Dept:   040<br>H Dept:      040<br>Rate:        25.0000 | Check#<br><br>475.52 | |
| W-In Dept:   040<br>H Dept:      040<br>Rate:        25.0000 | | |
| **Joseph, Lee**<br>File #:      016301<br>W-In Dept:   040<br>H Dept:      040<br>Rate:        30.0000 | Check#<br><br>831.35 | |
| **Lovell, David**<br>File #:      019969<br>W-In Dept:   040<br>H Dept:      040<br>Rate:        28.0000 | Check#<br><br>574.16 | |
| W-In Dept:   040<br>H Dept:      040<br>Rate:        28.0000 | | |
| **Mahlie, Brice**<br>File #:      014526<br>W-In Dept:   040<br>H Dept:      040<br>Rate:        30.0000 | Check#<br><br>1,581.59 | |
| W-In Dept:   040<br>H Dept:      040<br>Rate:        30.0000 | | |
| **Rieth, Joseph M.**<br>File #:      002303<br>W-In Dept:   040<br>H Dept:      040<br>Rate:        1,667.3000 | Check#<br><br>1,163.72 | |
| **Dept. Total**<br>**040** | | **7 Pays**<br>**5,489.30** |
| Hours Analysis | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 046 - Tennessee Union** | | |

EXHIBIT 1  PAGE  22

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Broyles, Robert** | Check# | |
| File #: 015440 | | |
| W-In Dept: 046 | | |
| H Dept: 046 | 333.17 | |
| Rate: 35.0000 | | |
| W-In Dept: 046 | | |
| H Dept: 046 | | |
| Rate: 35.0000 | | |
| **Ruth, Richard** | Check# | |
| File #: 016408 | | |
| W-In Dept: 046 | | |
| H Dept: 046 | 369.00 | |
| Rate: 34.0000 | | |
| W-In Dept: 046 | | |
| H Dept: 046 | | |
| Rate: 34.0000 | | |
| **Dept. Total** | | 2 Pays |
| 046 | | 702.17 |
| | | |
| Hours Analysis | | |
| Earnings Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 100 - Clerical** | | |
| **Gordon, Christina** | Check# | |
| File #: 015735 | | |
| W-In Dept: 100 | | |
| H Dept: 100 | 1,072.75 | |
| Rate: 1,211.5400 | | |
| **Green, Elizabeth** | Check# | |
| File #: 019396 | | |
| W-In Dept: 100 | | |
| H Dept: 100 | 442.50 | |
| Rate: 1,000.0000 | | |
| **Johnson, Amy** | Check# | |
| File #: 005372 | | |
| W-In Dept: 100 | | |
| H Dept: 100 | 1,401.28 | |
| Rate: 1,655.7700 | | |
| **Lau, Helen** | Check# | |
| File #: 011794 | | |
| W-In Dept: 100 | | |
| H Dept: 100 | 1,085.65 | |
| Rate: 1,557.4500 | | |
| **Lopez, Jesus** | Check# | |
| File #: 011733 | | |
| W-In Dept: 100 | | |
| H Dept: 100 | 1,350.56 | |
| Rate: 2,403.8500 | | |
| **Randall, Wallace E.** | Check# | |
| File #: 018567 | | |
| W-In Dept: 100 | | |
| H Dept: 100 | 1,569.40 | |
| Rate: 2,403.8500 | | |
| **Spangler, Kathleen L.** | Check# | |
| File #: 005018 | | |
| W-In Dept: 100 | | |
| H Dept: 100 | 1,518.34 | |
| Rate: 2,596.1600 | | |
| **Tam, Terrance** | Check# | |
| File #: 015734 | | |
| W-In Dept: 100 | | |
| H Dept: 100 | 933.29 | |
| Rate: 31.5000 | | |
| **Dept. Total** | | 8 Pays |
| 100 | | 9,373.77 |

Copy of PR_PayrollRegister_MUG_38.xls

EXHIBIT 1  PAGE  23

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | K | 905.00 |

| Paid-In Department - 101 - President | | |
|---|---|---|
| **Green, Bruce E.**<br>File #:    019395<br>W-In Dept:  101<br>H Dept:  101<br>Rate:    10,000.0000 | Check#<br><br>8,551.81 | |
| **Dept. Total**<br>**101** | | **1 Pay**<br>**8,551.81** |
| Voluntary Ded. Analysis | R | 481.00 |

| Paid-In Department - 102 | | |
|---|---|---|
| **Campoli, Jeffrey**<br>File #:    007264<br>W-In Dept:  102<br>H Dept:  102<br>Rate:    2,884.6200 | Check#<br><br>1,615.10 | |
| **Gorman, Michael**<br>File #:    014175<br>W-In Dept:  102<br>H Dept:  102<br>Rate:    1,403.8500 | Check#<br><br>915.80 | |
| **Jodoin, Ryann**<br>File #:    015610<br>W-In Dept:  102<br>H Dept:  102<br>Rate:    1,153.8500 | Check#<br><br>868.70 | |
| **Rebecky, Melissa**<br>File #:    015666<br>W-In Dept:  102<br>H Dept:  102<br>Rate:    887.6200 | Check#<br><br>644.95 | |
| **Rebecky, Rich**<br>File #:    000463<br>W-In Dept:  102<br>H Dept:  102<br>Rate:    6,730.7700 | Check#<br><br>5,130.89 | |
| **Rebecky, Samantha**<br>File #:    015773<br>W-In Dept:  102<br>H Dept:  102<br>Rate:    1,307.7000 | Check#<br><br>1,380.18 | |
| **Dept. Total**<br>**102** | | **6 Pays**<br>**10,555.62** |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | 32 | 43.13 |
| | K | 303.41 |

| Paid-In Department - 103 | | |
|---|---|---|

EXHIBIT 1  PAGE  24

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Blacksher, Freddie D.** | Check# | |
| File #:   000502 | | |
| Clock:   F | | |
| W-In Dept:   103 | 1,593.26 | |
| H Dept:   103 | | |
| Rate:   2,057.6900 | | |
| **Kennedy, Elizabeth** | Check# | |
| File #:   010442 | | |
| W-In Dept:   103 | | |
| H Dept:   103 | 1,312.82 | |
| Rate:   2,250.0000 | | |
| **Kennedy, Nina** | Check# | |
| File #:   019578 | | |
| W-In Dept:   103 | | |
| H Dept:   103 | 650.01 | |
| Rate:   792.0000 | | |
| **Sokol, Scott J.** | Check# | |
| File #:   000590 | | |
| W-In Dept:   103 | | |
| H Dept:   103 | 2,109.51 | |
| Rate:   1,923.0800 | | |
| **Dept. Total** | | 4 Pays |
| **103** | | 5,665.60 |
| | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | 30 | 43.12 |
| | P | (20.00) |

| **Paid-In Department - 104 - Illinois Carpenters** | | |
|---|---|---|
| **Bastian, Michael** | Check# | |
| File #:   020986 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | 641.31 | |
| Rate:   48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | | |
| Rate:   48.5500 | | |
| **Bjorklund Jr, Thomas D.** | Check# | |
| File #:   002438 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | 2,271.80 | |
| Rate:   48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | | |
| Rate:   48.5500 | | |
| **Bjorklund, Don** | Check# | |
| File #:   013798 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | 1,213.30 | |
| Rate:   48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | | |
| Rate:   48.5500 | | |
| **Bjorklund, Eric A.** | Check# | |
| File #:   017882 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | 1,196.61 | |
| Rate:   48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | | |
| Rate:   48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:   104 | | |
| Rate:   48.5500 | | |

EXHIBIT 1  PAGE  25

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Brennan, Michael** | Check# | |
| File #:        015824 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 1,831.07 | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| **Carso, Robert** | Check# | |
| File #:        015627 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 446.86 | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| **Chavez, Manuel** | Check# | |
| File #:        020991 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 641.32 | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| **Cunningham, Michael** | Check# | |
| File #:        001698 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 1,004.91 | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| **Gayton, Miguel** | Check# | |
| File #:        020834 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 438.17 | |
| Rate:          48.5500 | | |
| **Gozzola, Autumn** | Check# | |
| File #:        020552 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 1,461.23 | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| **Griffin, David** | Check# | |
| File #:        020988 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 953.32 | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| **Kirk, Charles** | Check# | |
| File #:        020603 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 751.55 | |
| Rate:          48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | | |
| Rate:          48.5500 | | |
| **Klee, Michael** | Check# | |
| File #:        019627 | | |
| W-In Dept:  104 | | |
| H Dept:       104 | 544.22 | |
| Rate:          48.5500 | | |

EXHIBIT 1  PAGE  26

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Kuta, John** | Check# | |
| File #:      019329 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 582.29 | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| **Landers, James** | Check# | |
| File #:      019434 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 858.73 | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| **Lazzara, Mike** | Check# | |
| File #:      020848 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 839.91 | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| **Lepore, Dan** | Check# | |
| File #:      019429 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 885.69 | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| **Lobraco, Anthony** | Check# | |
| File #:      010653 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 567.14 | |
| Rate:        48.5500 | | |
| **Lobraco, Frank** | Check# | |
| File #:      016155 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 826.41 | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| **Marquez, Gonzalo** | Check# | |
| File #:      019644 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 915.51 | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| **Martin, Michael** | Check# | |
| File #:      021076 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 863.34 | |
| Rate:        48.5500 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | | |
| Rate:        48.5500 | | |
| **Masterson, James** | Check# | |
| File #:      021078 | | |
| W-In Dept:   104 | | |
| H Dept:      104 | 938.99 | |
| Rate:        48.5500 | | |

EXHIBIT 1  PAGE  27

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| Mc Kenna, James P.<br>File #: 004350<br>W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | Check#<br><br>1,640.08 | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| Mickelson, David<br>File #: 009731<br>W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | Check#<br><br>1,957.13 | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| O'Leary, Sean<br>File #: 012026<br>W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | Check#<br><br>1,871.17 | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| Owsianiak, Mark A.<br>File #: 001376<br>W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | Check#<br><br>2,556.78 | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| Pope, Kyle<br>File #: 018941<br>W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | Check#<br><br>970.51 | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| Ricchio Jr, Carl Dominic<br>File #: 008844<br>W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | Check#<br><br>933.26 | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |
| Rivera, Julio Josh<br>File #: 020839<br>W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | Check#<br><br>617.39 | |
| W-In Dept: 104<br>H Dept: 104<br>Rate: 48.5500 | | |

Copy of PR_PayrollRegister_MUG_38.xls

EXHIBIT 1  PAGE  28

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Roth, Brent** | Check# | |
| File #:  019300 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | 1,275.92 | |
| Rate:  48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | | |
| Rate:  48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | | |
| Rate:  48.5500 | | |
| **Sirico, Tony** | Check# | |
| File #:  016120 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | 60.73 | |
| Rate:  48.5500 | | |
| **Sotir, Michael** | Check# | |
| File #:  004949 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | 1,881.54 | |
| Rate:  48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | | |
| Rate:  48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | | |
| Rate:  48.5500 | | |
| **Sotir, Richard** | Check# | |
| File #:  000617 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | 3,932.00 | |
| Rate:  2,730.7700 | | |
| **Spagnolo, John** | Check# | |
| File #:  000155 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | 1,580.47 | |
| Rate:  48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | | |
| Rate:  48.5500 | | |
| **Wilkes, Michelle** | Check# | |
| File #:  019375 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | 1,196.97 | |
| Rate:  48.5500 | | |
| W-In Dept:  104 | | |
| H Dept:  104 | | |
| Rate:  48.5500 | | |
| **Dept. Total** | | **35 Pays** |
| 104 | | 41,147.63 |

Hours Analysis

Earnings Analysis

Statutory Ded. Analysis

Voluntary Ded. Analysis

| Paid-In Department - 106 - Illinois non union | | |
|---|---|---|
| **Mata, Deborah** | Check# | |
| File #:  012223 | | |
| W-In Dept:  106 | | |
| H Dept:  106 | 671.87 | |
| Rate:  961.5400 | | |
| **Dept. Total** | | **1 Pay** |
| 106 | | 671.87 |

Statutory Ded. Analysis

Voluntary Ded. Analysis

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Paid-In Department - 107 - North Carolina** | | |
| **Falco, John Taggart** | Check# ** | |
| File #:        013611 | | |
| W-In Dept:   107 | | |
| H Dept:       107 | 5,234.10 | |
| Rate:          1,923.0800 | | |
| **Dept. Total** | | 1 Pay |
| **107** | | **5,234.10** |
| | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 111 - Wash DC** | | |
| **Grant, Michael** | Check# | |
| File #:        020489 | | |
| W-In Dept:   111 | | |
| H Dept:       111 | 591.08 | |
| Rate:          31.7500 | | |
| **Dept. Total** | | 1 Pay |
| **111** | | **591.08** |
| | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 146 - Tenn non union** | | |
| **Boone, Michael B.** | Check# | |
| File #:        002194 | | |
| W-In Dept:   146 | | |
| H Dept:       146 | 1,849.02 | |
| Rate:          2,931.9300 | | |
| **Broyles, Richard C.** | Check# | |
| File #:        013288 | | |
| W-In Dept:   146 | | |
| H Dept:       146 | 707.92 | |
| Rate:          1,038.5000 | | |
| **Nunley, Louis D.** | Check# | |
| File #:        002104 | | |
| W-In Dept:   146 | | |
| H Dept:       146 | 397.48 | |
| Rate:          35.0000 | | |
| W-In Dept:   146 | | |
| H Dept:       146 | | |
| Rate:          35.0000 | | |
| **Dept. Total** | | 3 Pays |
| **146** | | **2,954.42** |
| | | |
| Hours Analysis | | |
| Earnings Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 171 - Decorators IL 5%** | | |
| **Molina, Alexander** | Check# | |
| File #:        021087 | | |
| W-In Dept:   171 | | |
| H Dept:       171 | 591.16 | |
| Rate:          49.3700 | | |
| W-In Dept:   171 | | |
| H Dept:       171 | | |
| Rate:          49.3700 | | |

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Dept. Total** | | 1 Pay |
| 171 | | 591.16 |
| | | |
| | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 182 - Orlando Office** | | |
| **Macaulay, Stuart** | Check# | |
| File #:      015972 | | |
| W-In Dept:   182 | | |
| H Dept:      182 | 254.04 | |
| Rate:        35.0000 | | |
| **Dept. Total** | | 1 Pay |
| 182 | | 254.04 |
| | | |
| | | |
| **Paid-In Department - 262 - San Jose Mill Cabinet** | | |
| **Andino, Oscar** | Check# | |
| File #:      013104 | | |
| Clock:       262 | | |
| W-In Dept:   262 | 1,342.28 | |
| H Dept:      262 | | |
| Rate:        50.5000 | | |
| **Carrillo, Carlos** | Check# | |
| File #:      021065 | | |
| Clock:       262 | | |
| W-In Dept:   262 | 1,554.68 | |
| H Dept:      262 | | |
| Rate:        50.5000 | | |
| **Chacon, Bernardo** | Check# | |
| File #:      020665 | | |
| Clock:       262 | | |
| W-In Dept:   262 | 1,016.71 | |
| H Dept:      262 | | |
| Rate:        37.8800 | | |
| **Cordova, Ember** | Check# | |
| File #:      021017 | | |
| Clock:       262 | | |
| W-In Dept:   262 | 1,165.64 | |
| H Dept:      262 | | |
| Rate:        37.8800 | | |
| **Gonzalez, Saul** | Check# | |
| File #:      020664 | | |
| Clock:       262 | | |
| W-In Dept:   262 | 1,329.69 | |
| H Dept:      262 | | |
| Rate:        50.5000 | | |
| **Goulart, Timothy** | Check# | |
| File #:      021033 | | |
| Clock:       262 | | |
| W-In Dept:   262 | 1,285.93 | |
| H Dept:      262 | | |
| Rate:        50.5000 | | |
| **Jarquin, Jairo** | Check# | |
| File #:      020604 | | |
| Clock:       262 | | |
| W-In Dept:   262 | 979.93 | |
| H Dept:      262 | | |
| Rate:        37.8800 | | |
| **Lopez Jr, Jesus** | Check# | |
| File #:      020786 | | |
| Clock:       262 | | |
| W-In Dept:   262 | 1,401.28 | |
| H Dept:      262 | | |
| Rate:        55.5500 | | |

EXHIBIT 1  PAGE  31

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Lopez, Sergio** | Check# | |
| File #: 013747 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 1,677.02 | |
| H Dept: 262 | | |
| Rate: 66.6600 | | |
| **Lopez, Valdemar** | Check# | |
| File #: 018503 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 1,268.80 | |
| H Dept: 262 | | |
| Rate: 50.5000 | | |
| **Morales, Luis** | Check# | |
| File #: 021066 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 1,236.44 | |
| H Dept: 262 | | |
| Rate: 50.5000 | | |
| **Moran, Adrian** | Check# | |
| File #: 021049 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 1,505.82 | |
| H Dept: 262 | | |
| Rate: 50.5000 | | |
| **Noya, Cesar** | Check# | |
| File #: 021073 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 1,534.41 | |
| H Dept: 262 | | |
| Rate: 50.5000 | | |
| **Pena, Hugo** | Check# | |
| File #: 021050 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 1,228.35 | |
| H Dept: 262 | | |
| Rate: 47.9800 | | |
| **Rebuelta, Hector** | Check# | |
| File #: 016273 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 690.41 | |
| H Dept: 262 | | |
| Rate: 55.5500 | | |
| **Rivera, Pedro** | Check# | |
| File #: 018490 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 1,423.19 | |
| H Dept: 262 | | |
| Rate: 55.5500 | | |
| **Ruiz-Martinez, Justino** | Check# | |
| File #: 020547 | | |
| W-In Dept: 262 | | |
| H Dept: 262 | 1,540.43 | |
| Rate: 50.5000 | | |
| **Saldana-Chagolla, Gerardo** | Check# | |
| File #: 020546 | | |
| W-In Dept: 262 | | |
| H Dept: 262 | 1,444.45 | |
| Rate: 50.5000 | | |
| **Scribner, Mitchell** | Check# | |
| File #: 020978 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 1,493.88 | |
| H Dept: 262 | | |
| Rate: 50.5000 | | |
| **Sherpa, Gelu** | Check# | |
| File #: 020688 | | |
| Clock: 262 | | |
| W-In Dept: 262 | 938.34 | |
| H Dept: 262 | | |
| Rate: 37.8800 | | |

EXHIBIT 1  PAGE  32

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Suniga, Nathan** | Check# | |
| File #:    021067 | | |
| Clock:    262 | | |
| W-In Dept:    262 | 1,395.34 | |
| H Dept:    262 | | |
| Rate:    50.5000 | | |
| **Tiznado, Kahabir** | Check# | |
| File #:    021052 | | |
| Clock:    262 | | |
| W-In Dept:    262 | 975.93 | |
| H Dept:    262 | | |
| Rate:    37.8800 | | |
| **Valle, Luis** | Check# | |
| File #:    015513 | | |
| Clock:    262 | | |
| W-In Dept:    262 | 1,745.21 | |
| H Dept:    262 | | |
| Rate:    50.5000 | | |
| **Villa Yanez, Ruben** | Check# | |
| File #:    021022 | | |
| Clock:    262 | | |
| W-In Dept:    262 | 1,526.09 | |
| H Dept:    262 | | |
| Rate:    50.5000 | | |
| **Zaldana, Carlos** | Check# | |
| File #:    020625 | | |
| Clock:    262 | | |
| W-In Dept:    262 | 1,493.88 | |
| H Dept:    262 | | |
| Rate:    50.5000 | | |
| **Zaldana, Elvis** | Check# | |
| File #:    020626 | | |
| Clock:    262 | | |
| W-In Dept:    262 | 1,514.15 | |
| H Dept:    262 | | |
| Rate:    50.5000 | | |
| **Zaldana, Franklin** | Check# | |
| File #:    020641 | | |
| Clock:    262 | | |
| W-In Dept:    262 | 1,385.39 | |
| H Dept:    262 | | |
| Rate:    50.5000 | | |
| **Zepeda, Armando** | Check# | |
| File #:    021041 | | |
| Clock:    262 | | |
| W-In Dept:    262 | 1,534.41 | |
| H Dept:    262 | | |
| Rate:    50.5000 | | |
| **Dept. Total** | | **28 Pays** |
| **262** | | **37,628.08** |
| | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 270 - ACE-NoCal District Council of Labor** | | |
| **Agustin, Mario** | Check# | |
| File #:    021069 | | |
| W-In Dept:    270 | | |
| H Dept:    270 | 858.44 | |
| Rate:    31.5400 | | |
| **Ambriz, Maria** | Check# | |
| File #:    021045 | | |
| W-In Dept:    270 | | |
| H Dept:    270 | 919.25 | |
| Rate:    31.5400 | | |

EXHIBIT 1  PAGE  33

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Barraza, Jose** | Check# | |
| File #:      021064 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 858.45 | |
| Rate:        31.5400 | | |
| **Fernandez, Miguel** | Check# | |
| File #:      021047 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 1,038.87 | |
| Rate:        31.5400 | | |
| **Gomez, Ramon** | Check# | |
| File #:      021048 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 803.37 | |
| Rate:        31.5400 | | |
| **Guadamuz, Braudilio** | Check# | |
| File #:      021070 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 898.99 | |
| Rate:        31.5400 | | |
| **Guadamuz, Cristiam** | Check# | |
| File #:      020836 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 1,064.61 | |
| Rate:        34.7000 | | |
| **Jarquin, Lester** | Check# | |
| File #:      021032 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 729.05 | |
| Rate:        25.2300 | | |
| **Lopez, Angel** | Check# | |
| File #:      018754 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 715.83 | |
| Rate:        28.4900 | | |
| **Miramontes Sanchez, Hugo** | Check# | |
| File #:      021016 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 1,014.47 | |
| Rate:        31.5400 | | |
| **Payan Aragon, Manuel** | Check# | |
| File #:      021012 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 984.85 | |
| Rate:        31.5400 | | |
| **Ricano, Jose Manuel** | Check# | |
| File #:      021043 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 919.26 | |
| Rate:        31.5400 | | |
| **Rivera, Jose E** | Check# | |
| File #:      020624 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 923.04 | |
| Rate:        28.4900 | | |
| **Sanchez, Jose** | Check# | |
| File #:      020835 | | |
| W-In Dept:   270 | | |
| H Dept:      270 | 806.61 | |
| Rate:        28.4900 | | |
| **Dept. Total** | | **14 Pays** |
| **270** | | **12,535.09** |
| | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 510 - Sign Display / Allied Crafts** | | |

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Blankenhorn, David** | Check# | |
| File #:     020447 | | |
| Clock:      A | | |
| W-In Dept:  510 | 456.97 | |
| H Dept:     510 | | |
| Rate:       46.0600 | | |
| **Chan, Mark** | Check# | |
| File #:     005419 | | |
| Clock:      A | | |
| W-In Dept:  510 | 778.03 | |
| H Dept:     510 | | |
| Rate:       50.6800 | | |
| W-In Dept:  510 | | |
| H Dept:     510 | | |
| Rate:       50.6800 | | |
| W-In Dept:  510 | | |
| H Dept:     510 | | |
| Rate:       50.6800 | | |
| **Clarke, David** | Check# | |
| File #:     015157 | | |
| Clock:      A | | |
| W-In Dept:  510 | 546.36 | |
| H Dept:     510 | | |
| Rate:       50.6800 | | |
| W-In Dept:  510 | | |
| H Dept:     510 | | |
| Rate:       50.6800 | | |
| **Cloud, Kevin** | Check# | |
| File #:     018018 | | |
| Clock:      A | | |
| W-In Dept:  510 | 303.41 | |
| H Dept:     510 | | |
| Rate:       46.0600 | | |
| **Czlapinski, Edward T** | Check# | |
| File #:     013442 | | |
| Clock:      A | | |
| W-In Dept:  510 | 463.82 | |
| H Dept:     510 | | |
| Rate:       46.0600 | | |
| **Dale, Hollis** | Check# | |
| File #:     021005 | | |
| W-In Dept:  510 | | |
| H Dept:     510 | 254.84 | |
| Rate:       37.3100 | | |
| **Dinh, Mike** | Check# | |
| File #:     021071 | | |
| Clock:      B | | |
| W-In Dept:  510 | 216.27 | |
| H Dept:     510 | | |
| Rate:       30.1400 | | |
| **Heinze, Lothar** | Check# | |
| File #:     017118 | | |
| Clock:      A | | |
| W-In Dept:  510 | 2,401.61 | |
| H Dept:     510 | | |
| Rate:       61.3700 | | |
| W-In Dept:  510 | | |
| H Dept:     510 | | |
| Rate:       61.3700 | | |
| **Kryshka, Marcus** | Check# | |
| File #:     018506 | | |
| Clock:      A | | |
| W-In Dept:  510 | 1,523.95 | |
| H Dept:     510 | | |
| Rate:       50.6800 | | |
| W-In Dept:  510 | | |
| H Dept:     510 | | |
| Rate:       50.6800 | | |
| W-In Dept:  510 | | |
| H Dept:     510 | | |
| Rate:       50.6800 | | |

EXHIBIT 1  PAGE  35

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Mc Millan, Mark A.** | Check# | |
| File #:      001923 | | |
| Clock:       A | | |
| W-In Dept:   510 | 1,110.85 | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| W-In Dept:   510 | | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| W-In Dept:   510 | | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| **Morris, Frank** | Check# | |
| File #:      000140 | | |
| Clock:       A | | |
| W-In Dept:   510 | 759.38 | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| W-In Dept:   510 | | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| **Nyenke, Franklin** | Check# | |
| File #:      021088 | | |
| W-In Dept:   510 | | |
| H Dept:      510 | 101.00 | |
| Rate:        27.6400 | | |
| **Righthouse, Jon** | Check# | |
| File #:      020909 | | |
| Clock:       B | | |
| W-In Dept:   510 | 324.16 | |
| H Dept:      510 | | |
| Rate:        30.1400 | | |
| **Sheffield, Leo** | Check# | |
| File #:      020747 | | |
| Clock:       A | | |
| W-In Dept:   510 | 285.79 | |
| H Dept:      510 | | |
| Rate:        46.0600 | | |
| **Stevens, Josh** | Check# | |
| File #:      019564 | | |
| W-In Dept:   510 | | |
| H Dept:      510 | 436.27 | |
| Rate:        40.5300 | | |
| **Trickel, Bruce** | Check# | |
| File #:      018725 | | |
| Clock:       A | | |
| W-In Dept:   510 | 1,241.79 | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| W-In Dept:   510 | | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| W-In Dept:   510 | | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| **Walden, Andrea** | Check# | |
| File #:      020263 | | |
| Clock:       C | | |
| W-In Dept:   510 | 302.85 | |
| H Dept:      510 | | |
| Rate:        30.1400 | | |
| **Walker, David** | Check# | |
| File #:      006647 | | |
| Clock:       A | | |
| W-In Dept:   510 | 463.38 | |
| H Dept:      510 | | |
| Rate:        50.6800 | | |
| **Dept. Total** | | **18 Pays** |
| **510** | | **11,970.73** |
| | | |
| Hours Analysis | | |

EXHIBIT 1  PAGE  36

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |

Earnings Analysis

Statutory Ded. Analysis

Voluntary Ded. Analysis

**Paid-In Department - 551 - Houston Carpenters**

| Owens, Keitrick | Check# | |
|---|---|---|
| File #:      019731 | | |
| W-In Dept:   551 | | |
| H Dept:      551 | 785.28 | |
| Rate:        28.0000 | | |
| W-In Dept:   551 | | |
| H Dept:      551 | | |
| Rate:        28.0000 | | |
| W-In Dept:   551 | | |
| H Dept:      551 | | |
| Rate:        28.0000 | | |

| Dept. Total | | 1 Pay |
|---|---|---|
| 551 | | 785.28 |

Hours Analysis

Earnings Analysis

Voluntary Ded. Analysis

**Paid-In Department - 621 - New York Carpenters**

| Campoli, Jerry | Check# | |
|---|---|---|
| File #:      013365 | | |
| Clock:       621 | | |
| W-In Dept:   621 | 1,011.14 | |
| H Dept:      621 | | |
| Rate:        54.1900 | | |
| W-In Dept:   621 | | |
| H Dept:      621 | | |
| Rate:        54.1900 | | |
| W-In Dept:   621 | | |
| H Dept:      621 | | |
| Rate:        54.1900 | | |

| Jodoin, Brandon | Check# | |
|---|---|---|
| File #:      020164 | | |
| Clock:       621 | | |
| W-In Dept:   621 | 778.22 | |
| H Dept:      621 | | |
| Rate:        54.1900 | | |
| W-In Dept:   621 | | |
| H Dept:      621 | | |
| Rate:        54.1900 | | |

| Vazquez, Eidris | Check# | |
|---|---|---|
| File #:      017521 | | |
| Clock:       621 | | |
| W-In Dept:   621 | 600.49 | |
| H Dept:      621 | | |
| Rate:        54.1900 | | |

| Dept. Total | | 3 Pays |
|---|---|---|
| 621 | | 2,389.85 |

Earnings Analysis

Statutory Ded. Analysis

Voluntary Ded. Analysis

**Paid-In Department - 630 - Las Vegas Clerical**

| Chadwick, John | Check# | |
|---|---|---|
| File #:      019998 | | |
| W-In Dept:   630 | | |
| H Dept:      630 | 662.44 | |
| Rate:        769.2300 | | |

EXHIBIT 1  PAGE  37

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Cowperthwait, Shelley** | Check# | |
| File #: 016750 | | |
| W-In Dept: 630 | | |
| H Dept: 630 | 1,195.04 | |
| Rate: 1,587.0000 | | |
| **Cowperthwait, Sheridan** | Check# | |
| File #: 019174 | | |
| W-In Dept: 630 | | |
| H Dept: 630 | 570.19 | |
| Rate: 682.0000 | | |
| **Cowperthwait, Wyatt** | Check# | |
| File #: 019743 | | |
| W-In Dept: 630 | | |
| H Dept: 630 | 89.66 | |
| Rate: 25.0000 | | |
| **Dept. Total** | | 4 Pays |
| 630 | | 2,517.33 |
| | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 631 - Las Vegas Teamsters** | | |
| **Atkins, Deante** | Check# | |
| File #: 019255 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 120.15 | |
| Rate: 32.6500 | | |
| **Bermudez, Joesly** | Check# | |
| File #: 019747 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 148.50 | |
| Rate: 32.6500 | | |
| **Blacksher, Charles Anthony** | Check# | |
| File #: 011550 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 2,092.92 | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| **Blonquist, Michael** | Check# | |
| File #: 015980 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 1,059.01 | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| **Blonquist, Patty** | Check# | |
| File #: 015736 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 998.73 | |
| Rate: 36.6000 | | |
| **Bott, Greg** | Check# | |
| File #: 020612 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 300.37 | |
| Rate: 32.6500 | | |
| **Castro, Jaime** | Check# | |
| File #: 019194 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 165.21 | |
| Rate: 32.6500 | | |

Copy of PR_PayrollRegister_MUG_38.xls

EXHIBIT 1  PAGE  38

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Chavez, Gilbert** | Check# | |
| File #:       018003 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 287.05 | |
| Rate:         32.6500 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         32.6500 | | |
| **Duval, Eric** | Check# | |
| File #:       017802 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 377.26 | |
| Rate:         36.6000 | | |
| **Friedlander, John** | Check# | |
| File #:       017828 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 1,012.94 | |
| Rate:         34.6100 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         34.6100 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         34.6100 | | |
| **Green, Bryan** | Check# | |
| File #:       014142 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 127.38 | |
| Rate:         34.6100 | | |
| **Harris, Steven** | Check# | |
| File #:       012293 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 941.16 | |
| Rate:         36.6000 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         36.6000 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         36.6000 | | |
| **Higgins Jr, Fred** | Check# | |
| File #:       001623 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 500.23 | |
| Rate:         36.6000 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         36.6000 | | |
| **Jeffery, Jesse** | Check# | |
| File #:       018683 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 408.30 | |
| Rate:         32.6500 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         32.6500 | | |
| **Kovic, Donald** | Check# | |
| File #:       016808 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 383.01 | |
| Rate:         32.6500 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         32.6500 | | |
| **Leimberger, William C.** | Check# | |
| File #:       015944 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | 464.66 | |
| Rate:         36.0800 | | |
| W-In Dept:    631 | | |
| H Dept:       631 | | |
| Rate:         36.0800 | | |

EXHIBIT 1  PAGE  39

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Mahoney, William** | Check# | |
| File #: 014234 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 1,408.82 | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| **Murray, Cahn** | Check# | |
| File #: 021077 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 360.76 | |
| Rate: 29.3900 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 29.3900 | | |
| **Schmidthuber, Mark** | Check# | |
| File #: 016805 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 555.06 | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 36.6000 | | |
| **Titus, Gordon** | Check# | |
| File #: 019746 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 138.35 | |
| Rate: 32.6500 | | |
| **Varnado, Lavar** | Check# | |
| File #: 020615 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 63.32 | |
| Rate: 32.1400 | | |
| **Velasquez, Richard** | Check# | |
| File #: 020204 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 132.04 | |
| Rate: 26.1200 | | |
| **Vining, Ray** | Check# | |
| File #: 014306 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 503.39 | |
| Rate: 32.6500 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 32.6500 | | |
| **Wright, Juston** | Check# | |
| File #: 007281 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 386.43 | |
| Rate: 32.6500 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | | |
| Rate: 32.6500 | | |
| **Zachow, Ramon** | Check# | |
| File #: 015260 | | |
| W-In Dept: 631 | | |
| H Dept: 631 | 150.18 | |
| Rate: 32.6500 | | |
| **Dept. Total** | | 25 Pays |
| 631 | | 13,081.23 |
| Hours Analysis | | |
| Earnings Analysis | | |

EXHIBIT 1  PAGE  40

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| Voluntary Ded. Analysis | 76 | 285.46 |

| Paid-In Department - 634 - LV-Reno non union | | |
|---|---|---|
| **Ash, Xeres** | Check# | |
| File #:  020055 | | |
| W-In Dept:  634 | | |
| H Dept:  634 | 150.76 | |
| Rate:  32.6500 | | |
| **Dept. Total** | | 1 Pay |
| **634** | | 150.76 |

| Paid-In Department - 757 - Texas Non-Union | | |
|---|---|---|
| **Bedell, Joshua** | Check# | |
| File #:  017221 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | 1,889.14 | |
| Rate:  33.5000 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | | |
| Rate:  33.5000 | | |
| **Bratt, Justin** | Check# | |
| File #:  018085 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | 1,156.74 | |
| Rate:  28.0000 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | | |
| Rate:  28.0000 | | |
| **Brazeal, Kimberly** | Check# | |
| File #:  019503 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | 299.21 | |
| Rate:  27.0000 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | | |
| Rate:  27.0000 | | |
| **Caddell, James** | Check# | |
| File #:  008311 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | 406.67 | |
| Rate:  29.0000 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | | |
| Rate:  29.0000 | | |
| **Carson, Eric** | Check# | |
| File #:  018123 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | 292.08 | |
| Rate:  28.0000 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | | |
| Rate:  28.0000 | | |
| **Castillo, Evaristo** | Check# | |
| File #:  017400 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | 958.83 | |
| Rate:  30.5000 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | | |
| Rate:  30.5000 | | |
| **Kennedy, Shawn** | Check# | |
| File #:  017483 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | 282.47 | |
| Rate:  28.0000 | | |
| W-In Dept:  757 | | |
| H Dept:  757 | | |
| Rate:  28.0000 | | |

EXHIBIT 1  PAGE  41

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Lenahan, Shannon** | Check# | |
| File #:      020853 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 552.65 | |
| Rate:        24.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        24.0000 | | |
| **Moore, Jason** | Check# | |
| File #:      020570 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 233.65 | |
| Rate:        23.0000 | | |
| **Morris, Shannon** | Check# | |
| File #:      019686 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 348.16 | |
| Rate:        26.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        26.0000 | | |
| **Mullen, Jeremy** | Check# | |
| File #:      020845 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 243.91 | |
| Rate:        24.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        24.0000 | | |
| **Norman, Joseph** | Check# | |
| File #:      018145 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 795.95 | |
| Rate:        27.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        27.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        27.0000 | | |
| **Ortiz, Simon** | Check# | |
| File #:      017646 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 722.55 | |
| Rate:        27.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        27.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        27.0000 | | |
| **Walsh, Christian** | Check# | |
| File #:      020088 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 427.16 | |
| Rate:        24.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        24.0000 | | |
| **Woods, Alexander** | Check# | |
| File #:      010422 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 1,334.76 | |
| Rate:        28.0000 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | | |
| Rate:        28.0000 | | |
| **Woods, Richard** | Check# | |
| File #:      008064 | | |
| W-In Dept:   757 | | |
| H Dept:      757 | 1,202.99 | |
| Rate:        1,797.9200 | | |

Copy of PR_PayrollRegister_MUG_38.xls                                                Page 22 of 30

EXHIBIT 1  PAGE  42

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Woolf, Joe** | Check# | |
| File #:    010491 | | |
| W-In Dept:  757 | | |
| H Dept:    757 | 1,320.10 | |
| Rate:     36.0000 | | |
| W-In Dept:  757 | | |
| H Dept:    757 | | |
| Rate:     36.0000 | | |
| W-In Dept:  757 | | |
| H Dept:    757 | | |
| Rate:     36.0000 | | |
| **Dept. Total** | | **17 Pays** |
| 757 | | 12,467.02 |
| | | |
| | | |
| Hours Analysis | | |
| Earnings Analysis | | |
| Voluntary Ded. Analysis | 76 | 66.00 |

| Paid In Department - 831 - So.Cal.Carpenters | | |
|---|---|---|
| **Bergstrom, Cody** | Check# | |
| File #:    018272 | | |
| Clock:    E | | |
| W-In Dept:  831 | 1,023.84 | |
| H Dept:    831 | | |
| Rate:     36.3400 | | |
| W-In Dept:  831 | | |
| H Dept:    831 | | |
| Rate:     36.3400 | | |
| W-In Dept:  831 | | |
| H Dept:    831 | | |
| Rate:     36.3400 | | |
| **Burrett, Mark** | Check# | |
| File #:    013505 | | |
| Clock:    F | | |
| W-In Dept:  831 | 2,440.43 | |
| H Dept:    831 | | |
| Rate:     44.8800 | | |
| W-In Dept:  831 | | |
| H Dept:    831 | | |
| Rate:     44.8800 | | |
| W-In Dept:  831 | | |
| H Dept:    831 | | |
| Rate:     44.8800 | | |
| **Crawford, Shawn** | Check# | |
| File #:    017398 | | |
| Clock:    F | | |
| W-In Dept:  831 | 711.92 | |
| H Dept:    831 | | |
| Rate:     39.0300 | | |
| W-In Dept:  831 | | |
| H Dept:    831 | | |
| Rate:     39.0300 | | |
| W-In Dept:  831 | | |
| H Dept:    831 | | |
| Rate:     39.0300 | | |
| **Davis, Justin** | Check# | |
| File #:    020474 | | |
| Clock:    F | | |
| W-In Dept:  831 | 330.50 | |
| H Dept:    831 | | |
| Rate:     26.8800 | | |
| W-In Dept:  831 | | |
| H Dept:    831 | | |
| Rate:     26.8800 | | |
| W-In Dept:  831 | | |
| H Dept:    831 | | |
| Rate:     26.8800 | | |

EXHIBIT 1  PAGE  43

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Deview, Michael J.** | Check# | |
| File #: 000578 | | |
| Clock: F | | |
| W-In Dept: 831 | 592.71 | |
| H Dept: 831 | | |
| Rate: 42.9300 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 42.9300 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 42.9300 | | |
| **Ferguson, Alex** | Check# | |
| File #: 014380 | | |
| Clock: F | | |
| W-In Dept: 831 | 1,224.60 | |
| H Dept: 831 | | |
| Rate: 39.0300 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 39.0300 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 39.0300 | | |
| **Frigerio, Michael** | Check# | |
| File #: 019981 | | |
| Clock: E | | |
| W-In Dept: 831 | 418.06 | |
| H Dept: 831 | | |
| Rate: 31.9900 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 31.9900 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 31.9900 | | |
| **Garcia, Fabian** | Check# | |
| File #: 000501 | | |
| Clock: F | | |
| W-In Dept: 831 | 2,039.15 | |
| H Dept: 831 | | |
| Rate: 46.8400 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 46.8400 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 46.8400 | | |
| **Gonzales, Larry R.** | Check# | |
| File #: 013172 | | |
| Clock: F | | |
| W-In Dept: 831 | 845.88 | |
| H Dept: 831 | | |
| Rate: 48.0000 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 48.0000 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 48.0000 | | |
| **Hill, Adam** | Check# | |
| File #: 018098 | | |
| Clock: F | | |
| W-In Dept: 831 | 1,125.49 | |
| H Dept: 831 | | |
| Rate: 44.8800 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 44.8800 | | |
| W-In Dept: 831 | | |
| H Dept: 831 | | |
| Rate: 44.8800 | | |

Copy of PR_PayrollRegister_MUG_38.xls

EXHIBIT 1  PAGE  44

Payroll Register

| Personnel | | Net Pay | Memos |
|---|---|---|---|
| **Holt, William** | | Check# | |
| File #: | 008753 | | |
| Clock: | F | | |
| W-In Dept: | 831 | 967.18 | |
| H Dept: | 831 | | |
| Rate: | 42.9300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 42.9300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 42.9300 | | |
| **Jesse, Patrick** | | Check# | |
| File #: | 016406 | | |
| Clock: | F | | |
| W-In Dept: | 831 | 303.86 | |
| H Dept: | 831 | | |
| Rate: | 39.0300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 39.0300 | | |
| **Johnson, Rick** | | Check# | |
| File #: | 014558 | | |
| Clock: | F | | |
| W-In Dept: | 831 | 498.11 | |
| H Dept: | 831 | | |
| Rate: | 39.0300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 39.0300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 39.0300 | | |
| **Munakash, Amir** | | Check# | |
| File #: | 020005 | | |
| Clock: | F | | |
| W-In Dept: | 831 | 741.61 | |
| H Dept: | 831 | | |
| Rate: | 39.0300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 39.0300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 39.0300 | | |
| **Ortega, Richard** | | Check# | |
| File #: | 012638 | | |
| Clock: | F | | |
| W-In Dept: | 831 | 717.90 | |
| H Dept: | 831 | | |
| Rate: | 42.9300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 42.9300 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 42.9300 | | |
| **Paalman, Russell J.** | | Check# | |
| File #: | 001891 | | |
| Clock: | F | | |
| W-In Dept: | 831 | 1,415.61 | |
| H Dept: | 831 | | |
| Rate: | 44.8800 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 44.8800 | | |
| W-In Dept: | 831 | | |
| H Dept: | 831 | | |
| Rate: | 44.8800 | | |

Copy of PR_PayrollRegister_MUG_38.xls

EXHIBIT 1  PAGE  45

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Rattray, Sean** | Check# | |
| File #:        018772 | | |
| Clock:        D | | |
| W-In Dept:    831 | 455.75 | |
| H Dept:        831 | | |
| Rate:          26.8800 | | |
| W-In Dept:    831 | | |
| H Dept:        831 | | |
| Rate:          26.8800 | | |
| **Rojas, Alfonso** | Check# | |
| File #:        013986 | | |
| Clock:        D | | |
| W-In Dept:    831 | 1,703.50 | |
| H Dept:        831 | | |
| Rate:          44.8800 | | |
| W-In Dept:    831 | | |
| H Dept:        831 | | |
| Rate:          44.8800 | | |
| W-In Dept:    831 | | |
| H Dept:        831 | | |
| Rate:          44.8800 | | |
| **Sigala, Miguel** | Check# | |
| File #:        013539 | | |
| Clock:        F | | |
| W-In Dept:    831 | 1,365.45 | |
| H Dept:        831 | | |
| Rate:          42.9300 | | |
| W-In Dept:    831 | | |
| H Dept:        831 | | |
| Rate:          42.9300 | | |
| W-In Dept:    831 | | |
| H Dept:        831 | | |
| Rate:          42.9300 | | |
| **Strickland, Ricky L.** | Check# | |
| File #:        004361 | | |
| Clock:        F | | |
| W-In Dept:    831 | 934.88 | |
| H Dept:        831 | | |
| Rate:          42.9300 | | |
| W-In Dept:    831 | | |
| H Dept:        831 | | |
| Rate:          42.9300 | | |
| W-In Dept:    831 | | |
| H Dept:        831 | | |
| Rate:          42.9300 | | |
| **Velez, Sergio** | Check# | |
| File #:        018755 | | |
| Clock:        E | | |
| W-In Dept:    831 | 272.03 | |
| H Dept:        831 | | |
| Rate:          31.9900 | | |
| **Dept. Total** | | 21 Pays |
| 831 | | 20,128.26 |
| Hours Analysis | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | D | 507.99 |
| | T | (710.00) |
| **Paid-In Department 835 - Orlando Union IATSE** | | |
| **Michells, Eric** | Check# | |
| File #:        018789 | | |
| W-In Dept:    835 | | |
| H Dept:        835 | 919.37 | |
| Rate:          29.2700 | | |

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Dept. Total** | | **1 Pay** |
| 835 | | 919.37 |
| | | |

**Paid-In Department - 836 - FL non union employees -installers**

| Personnel | Net Pay | Memos |
|---|---|---|
| **Aglira,  C.** | Check# | |
| File #:      018801 | | |
| W-In Dept:   836 | | |
| H Dept:      836 | 853.29 | |
| Rate:        700.0000 | | |
| **Dept. Total** | | **1 Pay** |
| 836 | | 853.29 |

Voluntary Ded. Analysis

**Paid-In Department - 900 - Atlanta Labor**

| Personnel | Net Pay | Memos |
|---|---|---|
| **Daniel,  Jason** | Check# | |
| File #:      020085 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | 228.15 | |
| Rate:        25.0000 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | | |
| Rate:        25.0000 | | |
| **Fugaro,  Joe** | Check# | |
| File #:      020180 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | 1,361.21 | |
| Rate:        961.5400 | | |
| **Harris,  Patrick** | Check# | |
| File #:      018933 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | 153.26 | |
| Rate:        21.0000 | | |
| **Latham,  Bryan S.** | Check# | |
| File #:      013153 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | 110.77 | |
| Rate:        30.0000 | | |
| **Latham,  Scott E.** | Check# | |
| File #:      000777 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | 1,167.45 | |
| Rate:        1,730.7500 | | |
| **Terrell,  Maurice** | Check# | |
| File #:      015107 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | 686.61 | |
| Rate:        30.0000 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | | |
| Rate:        30.0000 | | |
| **Thompson,  Jarrell** | Check# | |
| File #:      019147 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | 178.87 | |
| Rate:        25.0000 | | |
| **Wilson,  Tyler** | Check# | |
| File #:      019021 | | |
| W-In Dept:   900 | | |
| H Dept:      900 | 162.54 | |
| Rate:        24.0000 | | |
| **Dept. Total** | | **8 Pays** |
| 900 | | 4,048.86 |

Hours Analysis

EXHIBIT 1  PAGE  47

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | | |
| **Paid-In Department - 974 - Maryland Carpenters** | | |
| **Barge, Stephen** | Check# | |
| File #:       019517 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 1,110.13 | |
| Rate:         1,692.3100 | | |
| **Benjamin Jr, Louis** | Check# | |
| File #:       018607 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 508.01 | |
| Rate:         31.7500 | | |
| **Bowden, Tanjecia** | Check# | |
| File #:       021086 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 207.81 | |
| Rate:         31.1000 | | |
| **Burke, Michael** | Check# | |
| File #:       020079 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 1,322.49 | |
| Rate:         37.0000 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | | |
| Rate:         37.0000 | | |
| **Cartrette SR, Anthony** | Check# | |
| File #:       020587 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 492.07 | |
| Rate:         35.0000 | | |
| **Cole, Randy D.** | Check# | |
| File #:       019269 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 153.96 | |
| Rate:         31.1000 | | |
| **Douglas, Robin** | Check# | |
| File #:       015249 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 1,430.21 | |
| Rate:         38.0000 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | | |
| Rate:         38.0000 | | |
| **Flynn Jr, James** | Check# | |
| File #:       019258 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 1,691.02 | |
| Rate:         38.0000 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | | |
| Rate:         38.0000 | | |
| **House, Brian** | Check# | |
| File #:       019693 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 186.40 | |
| Rate:         31.1000 | | |
| **Jimenez, Ismael** | Check# | |
| File #:       015852 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | 275.59 | |
| Rate:         29.7500 | | |
| W-In Dept:   974 | | |
| H Dept:       974 | | |
| Rate:         29.7500 | | |

EXHIBIT 1  PAGE  48

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| **Meyers, Daniel** | Check# | |
| File #:  020907 | | |
| W-In Dept:  974 | | |
| H Dept:  974 | 436.73 | |
| Rate:  35.0000 | | |
| W-In Dept:  974 | | |
| H Dept:  974 | | |
| Rate:  35.0000 | | |
| **Schmidt, Joey** | Check# | |
| File #:  015609 | | |
| W-In Dept:  974 | | |
| H Dept:  974 | 1,372.28 | |
| Rate:  36.0000 | | |
| W-In Dept:  974 | | |
| H Dept:  974 | | |
| Rate:  36.0000 | | |
| **Virostek, Thomas** | Check# | |
| File #:  015332 | | |
| W-In Dept:  974 | | |
| H Dept:  974 | 1,268.67 | |
| Rate:  38.0000 | | |
| W-In Dept:  974 | | |
| H Dept:  974 | | |
| Rate:  38.0000 | | |
| **Dept. Total** | | **13 Pays** |
| **974** | | **10,455.37** |
| | | |
| Hours Analysis | | |
| Earnings Analysis | | |
| Statutory Ded. Analysis | | |
| Voluntary Ded. Analysis | 77 | 5.00 |

| Paid-In Department - 975 - MD/DC non union | | |
|---|---|---|
| **Bowings, Chance** | Check# | |
| File #:  021085 | | |
| W-In Dept:  975 | | |
| H Dept:  975 | 88.90 | |
| Rate:  25.0000 | | |
| **Graff, Joshua** | Check# | |
| File #:  021080 | | |
| W-In Dept:  975 | | |
| H Dept:  975 | 193.62 | |
| Rate:  30.0000 | | |
| **Harp, Carl** | Check# | |
| File #:  020544 | | |
| W-In Dept:  975 | | |
| H Dept:  975 | 374.75 | |
| Rate:  22.0000 | | |
| **Kutzke, Tyler** | Check# | |
| File #:  021084 | | |
| W-In Dept:  975 | | |
| H Dept:  975 | 181.53 | |
| Rate:  28.0000 | | |
| **Mansfield, Robert** | Check# | |
| File #:  021079 | | |
| W-In Dept:  975 | | |
| H Dept:  975 | 482.74 | |
| Rate:  29.0000 | | |
| W-In Dept:  975 | | |
| H Dept:  975 | | |
| Rate:  29.0000 | | |
| **Powers, Christopher** | Check# | |
| File #:  021081 | | |
| W-In Dept:  975 | | |
| H Dept:  975 | 181.53 | |
| Rate:  28.0000 | | |

Copy of PR_PayrollRegister_MUG_38.xls

EXHIBIT 1  PAGE  49

Payroll Register

| Personnel | Net Pay | Memos |
|---|---|---|
| | | |
| **Seeney-Cunningham, Russell** | Check# | |
| File #:        021083 | | |
| W-In Dept:   975 | | |
| H Dept:        975 | 101.72 | |
| Rate:           28.0000 | | |
| **Woods, Ryan** | Check# | |
| File #:        021082 | | |
| W-In Dept:   975 | | |
| H Dept:        975 | 181.53 | |
| Rate:           28.0000 | | |
| **Dept. Total** | | **8 Pays** |
| **975** | | **1,786.32** |
| | | |
| | | |
| Statutory Ded. Analysis | | |

Copy of PR_PayrollRegister_MUG_38.xls

EXHIBIT 1  PAGE  50

1   **WEILAND GOLDEN GOODRICH LLP**
    Jeffrey I. Golden, State Bar No. 133040
2   jgolden@wgllp.com
    Reem J. Bello, State Bar No. 198840
3   rbello@wgllp.com
    Ryan W. Beall, State Bar No. 313774
4   rbeall@wgllp.com
    650 Town Center Drive, Suite 600
5   Costa Mesa, California 92626
    Telephone    714-966-1000
6   Facsimile    714-966-1002

7   Proposed Attorneys for Debtor
    and Debtor-in-Possession,
8   Coastal International, Inc.

9

10                    **UNITED STATES BANKRUPTCY COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12                         **SANTA ANA DIVISION**

12  | In re | Case No. 8:19-bk-13584 TA |
13  | | |
    | COASTAL INTERNATIONAL, INC., a | Chapter 11 |
14  | Nevada corporation | |
    | | **STIPULATION FOR THE HONORING OF** |
15  | Debtor and Debtor-in- | **PRE-PETITION PAYROLL CHECKS ON** |
    | Possession | **AN INTERIM BASIS** |
16  | | |

17

18  TO THE HONORABLE THEODOR C. ALBERT, UNITED STATE BANKRUPTCY

19  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER

20  INTERESTED PARTIES:

21          This stipulation for the honoring of pre-petition payroll checks on an interim basis

22  ("Interim Stipulation") is entered between Coastal International, Inc., the debtor and

23  debtor-in-possession ("Debtor") in the above-captioned chapter 11 bankruptcy case

24  ("Case"), and the Debtor's secured creditor Transportation Alliance Bank Inc. dba TAB

25  Bank ("TAB Bank"), by and through their undersigned counsel, with respect to the

26  following recitals:

27

28
    1234367.1                                                    INTERIM STIPULATION

EXHIBIT 2  PAGE  51

1

2                                **RECITALS**

3       A.      On September 15, 2019 ("Petition Date"), Debtor filed a voluntary petition

4   under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United

5   States Bankruptcy Court for the Central District of California, Santa Ana Division ("Court").

6       B.      Pre-petition, Debtor and TAB Bank entered into an accounts receivable

7   purchase and security agreement dated as of February 3, 2016 ("Pre-Petition

8   Agreement").  On April 26, 2018, the Pre-Petition Agreement was amended by the Debtor

9   and TAB Bank ("Amendment").  Pursuant to the Pre-Petition Agreement as amended by

10  the Amendment, TAB purchased certain designated accounts receivable from the Debtor.

11  For each account purchased by TAB, TAB advanced 90% of the face value of the account

12  to the Debtor.  TAB performs the administrative services to collect the accounts from the

13  account debtors of the Debtor and collections are paid into a lock box at TAB.  Upon

14  receipt of payment in full for each account, TAB credits 90% of the account to pay off the

15  advance, and the additional 10%, less fees, interest, and expenses, is placed into a cash

16  reserve account (the "Pre-Petition Cash Reserve Account").  Additionally, TAB receives

17  into the same lock box payments on certain non-factored accounts of the Debtor, the

18  proceeds of which are placed in the Pre-Petition Cash Reserve Account.  In consideration

19  of the foregoing, TAB Bank was granted a first priority security interest in substantially all

20  of the Debtor's assets.  As of the Petition Date, the outstanding obligation due and owing

21  to TAB Bank was approximately $1.3 million.  The face value of the factored accounts

22  owing as of the Petition Date is approximately $1.6 million.

23      C.      Pre-petition, Debtor issued checks for pre-petition payroll obligations.  Some

24  of these pre-petition payroll checks were not negotiated pre-petition.  If these pre-petition

25  payroll checks are not honored by TAB Bank, Debtor's business will be disrupted and

26  suffer irreparable harm.

27

28
    1234367.1                              2                    INTERIM STIPULATION

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

EXHIBIT 2  PAGE  52

1    D.    The Debtor has requested, and TAB Bank has agreed, to honor certain pre-

2 petition payroll checks during the period from September 16 – September 18, 2019,

3 subject to the terms and conditions set forth below.

4                                **STIPULATION**

5    NOW, THEREFORE, in consideration of the foregoing, the Parties stipulate and

6 agree as follows:

7    TAB Bank agrees to honor the pre-petition payroll checks specifically identified by

8 the Debtor in the attached Exhibit A (the "Checks").

9    The Debtor agrees to seek an order from the Court authorizing and ratifying the

10 payment of the Checks at the hearing on September 18, 2019, which shall include the

11 following language:

12    TAB Bank is authorized, but not directed, on an interim basis, through and

13 including September 18, 2019, to honor checks presented for payment and all fund

14 transfer requests made by the Debtor, to the extent that sufficient funds are on deposit in

15 the applicable accounts at TAB Bank, in accordance with this Interim Stipulation and the

16 Court's order thereon and any other order of this Court.  TAB Bank is authorized, but not

17 directed, to rely on the representations of the Debtor with respect to whether any check or

18 other transfer drawn or issued by the Debtor prior to the Petition Date should be honored

19 and to honor those checks pursuant to this Interim Order, and TAB Bank shall not have

20 any liability to any party, including under 11 U.S.C. § 549, for relying on such

21 representations by the Debtor, as provided for in this Interim Stipulation and the Court's

22 order thereon.

23    **IT IS SO STIPULATED.**

24

25

26

27

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

EXHIBIT 2  PAGE 53



1   Dated:  September 16, 2019          WEILAND GOLDEN GOODRICH LLP

2

3                                       By:  _____

4                                            JEFFREY I. GOLDEN
                                             REEM J. BELLO
5                                            Proposed Attorneys for Debtor
                                             and Debtor-in-Possession,
                                             Coastal International, Inc.
6

7   Dated:  September 17, 2019          DORSEY & WHITNEY LLP

8

9                                       By:  _____

10                                           ERICA CHEN
                                             Attorneys for Creditor
11                                           Transportation Alliance Bank Inc.
                                             dba TAB Bank

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1234367.1                               4                    INTERIM STIPULATION

EXHIBIT 2  PAGE  54

| Date | Ref/Check | Description | Amount | Payee | Memo | Category |
|------|-----------|-------------|--------|-------|------|----------|
| ######## | 83699 | Check | $ | Timothy Goulart | | |
| ######## | 83700 | Check | -979.93 | Jairo Jarquin | | |
| ######## | 83701 | Check | -1346.46 | Jesus Lopez, Jr. | | |
| ######## | 83704 | Check | -1016.5 | Luis Morales | | |
| ######## | 83705 | Check | -1274.3 | Adrian Moran | | |
| ######## | 83706 | Check | -1274.31 | Cesar Noya | | |
| ######## | 83710 | Check | -1275.63 | Justino Ruiz-Martinez | | |
| ######## | 83711 | Check | -1212.38 | Gerardo Saldana-Chagolla | | |
| ######## | 83712 | Check | -965.49 | Mitchell Scribner | | |
| ######## | 83713 | Check | -938.34 | Gelu Sherpa | | |
| ######## | 83714 | Check | -1173.77 | Nathan Suniga | | |
| ######## | 83715 | Check | -874.23 | Kahabir Tiznado | | |
| ######## | 83716 | Check | -1416.53 | Luis Valle | | |
| ######## | 83717 | Check | -1308.66 | Ruben Villa Yanez | | |
| ######## | 83718 | Check | -1572.09 | Carlos Zaldana | | |
| ######## | 83721 | Check | -718.46 | Mario Agustin | | |
| ######## | | Analysis Ch | -186.69 | | | |
| ######## | 83722 | Check | -779.25 | Maria Ambriz | | |
| ######## | 83726 | Check | -758.99 | Braudilio Guadamuz | | |
| ######## | 83727 | Check | -866.96 | Cristiam Guadamuz | | |
| ######## | 83728 | Check | -614.94 | Letser Jarquin | | |
| ######## | 83730 | Check | -831.48 | Hugo  Miramontes Sanchez | | |
| ######## | 83731 | Check | -803.37 | Manual Payan Aragon | | |
| ######## | 83796 | Check | -1771.44 | Michael Deview | | |
| ######## | 9411 | Check | -130.6 | Hugo Pena | | |
| ######## | 9413 | Check | -1572.1 | Carlos Zaldana | | |
| ######## | 9414 | Check | -166.59 | Stephanie Barnes | | |
| ######## | 83331 | Check | -1350.57 | | | |
| ######## | 83513 | Check | -1350.55 | | | |
| ######## | 83543 | Check | -1072.37 | | | |
| ######## | 83550 | Check | -590.79 | | | |
| ######## | 83661 | Check | -868.7 | Ryann Bodoin | | |
| ######## | 83662 | Check | -644.93 | Melissa Rebecky | | |
| ######## | 83663 | Check | -5130.9 | Rich Rebecky | | |
| ######## | 83664 | Check | -1043.23 | Samantha Rebecky | | |
| ######## | 83665 | Check | -1623.28 | Freddie Blacksher | | |
| ######## | 83666 | Check | -1312.81 | Elizabeth Kennedy | | |
| ######## | 83677 | Check | -237.82 | Michael Martin | | |
| ######## | 83678 | Check | -1334.95 | Scott Sokol | | |
| ######## | 83690 | Check | -5234.1 | John Taggart Falco | | |
| ######## | 83693 | Check | -765.16 | Stuart Macaulay | | |
| ######## | 83694 | Check | -1271.79 | Oscar Andino | | |
| ######## | 83695 | Check | -1286.5 | Carlos Carrillo | | |
| ######## | 83696 | Check | -853.95 | Bernardo Chacon | | |
| ######## | 83697 | Check | -1235.91 | Ember Cardova | | |
| ######## | 83698 | Check | -1472.31 | Saul Gonzalez | | |

| ######## | 83627 Check | -162.81 | missing info |
| ######## | 83629 Check | -183.76 | missing info |
| ######## | 83649 Check | -1163.7 | Joseph Reith |
| ######## | 83654 Check | -1350.56 | Jesus Lopez |
| ######## | 83655 Check | -1569.4 | Wallace Randall |
| ######## | 83657 Check | -933.3 | Terrance Tam |
| ######## | 83659 Check | -2015.1 | Jeffery Campoli |
| ######## | 83781 Check | -601.23 | Juston Wright |
| ######## | 83787 Check | -165 | Shannon Morris |
| ######## | 83789 Check | -1202.97 | Richard Woods |
| ######## | 83793 Check | -2254.57 | Mark Burrett |
| ######## | 83833 Check | -974.54 | Thomas Virostek |
| ######## | 83797 Check | -483.19 | Mardo Duzian |
| ######## | 83798 Check | -303.87 | David Espinoza |
| ######## | 83800 Check | -680.7 | Michael Frigerio |
| ######## | 83801 Check | -2581.02 | Fabian Garcia |
| ######## | 83803 Check | -459.87 | Emmanuel Guerrero |
| ######## | 83804 Check | -650.11 | Louis Hernandez |
| ######## | 83806 Check | -2875.08 | William Holt |
| ######## | 83807 Check | -1656.57 | Patrick Jesse |
| ######## | 83809 Check | -1536.94 | Manuel Krakowiak |
| ######## | 83813 Check | -2060.37 | Russell Paalman |
| ######## | 83814 Check | -733.84 | Anthony Pilleggi |
| ######## | 83815 Check | -2359.85 | Alfonso Rojas |
| ######## | 83818 Check | -2011.23 | Ricky Strickland |
| ######## | 83825 Check | -1167.44 | Scott Latham |
| ######## | 83732 Check | -779.25 | Jose Manuel Ricano |
| ######## | 83737 Check | -837.07 | Mark Chan |
| ######## | 83742 Check | -318.88 | Mike Dinh |
| ######## | 83752 Check | -433.11 | Andrea Walden |
| ######## | 83753 Check | -667.39 | David Walker |
| ######## | 83755 Check | -662.46 | John Chadwick |
| ######## | 83756 Check | -1364.53 | Shelley Cowperthwait |
| ######## | 83757 Check | -570.18 | Sheridan Cowperwait |
| ######## | 83758 Check | -646.57 | Deante Atkins |
| ######## | 83759 Check | -441.52 | Charles Anthony Blacksher |
| ######## | 83762 Check | -1029.08 | Greg Bott |
| ######## | 83764 Check | -180.47 | Jamie Castro |
| ######## | 83765 Check | -234.95 | Gilbert Chavez |
| ######## | 83766 Check | -909.62 | Eric Duval |
| ######## | 83767 Check | -1104.34 | John Friedlander |
| ######## | 83770 Check | -1139.38 | Fred Higgin Jr. |
| ######## | 83771 Check | -1043.14 | Jesse Jeffery |
| ######## | 83774 Check | -1751.35 | William Mahoney |
| ######## | 83779 Check | -967.65 | Ray Vining |
|  | Total |  | ######## |

PAYROLL CHECKS THAT HAVE NOT CLEARED YET

| | | |
|---|---|---|
| 83646 | 258.73 | Anthony Leyland Cheong |
| 83647 | 303.51 | Michael Darby |
| 83648 | 87.56 | Nicholas Moffatt |
| 83650 | 1005.61 | Christina Gordon |
| 83651 | 442.5 | Elizabeth Green |
| 83660 | 915.79 | Michael Gorman |
| 83667 | 630.38 | Nina Kennedy |
| 83669 | 1794.85 | Thomas Bjorkland Jr. |
| 83670 | 1401.6 | Don Bjorklund |
| 83671 | 811.15 | Eric Bjorklund |
| 83672 | 766.43 | Michael Brennan |
| 83673 | 811.13 | Michael Cunningham |
| 83674 | 972.7 | John Kuta |
| 83675 | 885.68 | Dan Lepore |
| 83676 | 289.82 | Gonzalo Marquez |
| 83678 | 1334.95 | James McKenna |
| 83679 | 905.4 | David Mickelson |
| 83680 | 2085.58 | Sean O'Leary |
| 83681 | 1640.07 | Mark Owsianiak |
| 83682 | 524.84 | Kyle Pope |
| 83683 | 1259.26 | Carl Dinic Ricchio Jr |
| 83684 | 990.01 | Brent Roth |
| 83685 | 1254.29 | Michael Sotir |
| 83686 | 4019.55 | Richard Sotir |
| 83687 | 1371.77 | John Spagnolo |
| 83688 | 921.22 | Michelle Wilkes |
| 83689 | 871.87 | Deborah Mata |
| 83691 | 1849.02 | Michael Boone |
| 83692 | 707.93 | Richard Broyles |
| 83698 | 1472.31 | Saul Gonzalez |
| 83702 | 1554.54 | Sergio Lopez |
| 83703 | 1286.48 | Valdemar Lopez |
| 83706 | 1274.31 | Cesar Noya |
| 83708 | 1092.72 | Hector Rebuelta |
| 83709 | 1938.24 | Pedro Rivera |
| 83707 | 1024.77 | Hugo Pena |
| 83720 | 1026.46 | Armando Zepeda |
| 83723 | 718.45 | Jose Barraza |
| 83724 | 855.85 | Miguel Fernandez |
| 83725 | 803.38 | Ramon Gomez |
| 83729 | 715.81 | Angel Lopez |

EXHIBIT A  PAGE  57

| | | |
|---|---|---|
| 83733 | 587.7 | Jose Rivera |
| 83734 | 679.62 | Jose Sanchez |
| 83735 | 693.98 | David Blankenhorn |
| 83736 | 658.1 | Robert Buonasera |
| 83738 | 960.54 | David Clarke |
| 83739 | 632.34 | Kevin Cloud |
| 83740 | 477.36 | Edward Czlapinski |
| 83741 | 762.36 | Hollis Dale |
| 83743 | 673 | Wendy Furman |
| 83744 | 2760.28 | Lothar Heinze |
| 83745 | 1208.32 | Marcus Kryshka |
| 83746 | 813.38 | Mark McMillan |
| 83747 | 1003.87 | Frank Morris |
| 83748 | 204.03 | Jon Righthouse |
| 83749 | 509.7 | Leo Sheffied |
| 83750 | 757.05 | Josh Stevens |
| 83751 | 1108.33 | Bruce Trickel |
| 83754 | 390 | Eldris Vazquez |
| 83760 | 853.99 | Michael Blonquist |
| 83761 | 853.98 | Patty Blonquist |
| 83768 | 885.52 | Bryan Green |
| 83769 | 1159.16 | Steven Harris |
| 83772 | 753.43 | Donald Kovic |
| 83773 | 1208.24 | William Leimberger |
| 83775 | 319.88 | Cahn Murray |
| 83776 | 1222.19 | Mark Schmidthuber |
| 83777 | 496.3 | Bryan Snyder |
| 83778 | 533.67 | Richard Velasquez |
| 83780 | 13.45 | Elliott Wright |
| 83782 | 354.21 | Xeres Ash |
| 83783 | 672 | Joshua Bedell |
| 83784 | 165 | James Caddell |
| 83785 | 226 | Evarista Castillo |
| 83786 | 28 | Pedro Gonzales |
| 83789 | 226 | Simon Ortiz |
| 83790 | 347.82 | Joe Woolf |
| 83791 | 723.7 | Cody Bergstrom |
| 83792 | 462.62 | Earl Brownlee |
| 83794 | 818.57 | Shawn Crawford |
| 83795 | 539.34 | Justin Davis |
| 83799 | 931.47 | Alex Ferguson |
| 83802 | 2601.09 | Larry Gonzales |
| 83805 | 2354.7 | Adam Hill |
| 83808 | 1599.67 | Rick Johnson |
| 83810 | 317.15 | John Little |
| 83811 | 588.78 | Amir Munakash |
| 83812 | 377.53 | Richard Ortega |

| | | |
|---|---|---|
| 83816 | 583.97 | Gilbert Rojas Sr. |
| 83817 | 994.63 | Miguel Sigala |
| 83819 | 562.51 | Sergio Valez |
| 83820 | 411.83 | Frankie Arleo |
| 83821 | 919.38 | Eric Michelis |
| 83822 | 853.29 | C. Aglira |
| 83823 | 3271.88 | Joe Fugaro |
| 83824 | 110.77 | Bryan Latham |
| 83826 | 426.83 | Maurice Terrell |
| 83827 | 1117.49 | Stephen Barge |
| 83828 | 247.06 | Michael Burke |
| 83829 | 298.85 | Robin Douglas |
| 83830 | 525.16 | James Flynn Jr. |
| 83831 | 728.3 | Ismael Jimenez |
| 838832 | 878.15 | Daniel Meyers |

Total Uncashed Pay Checks                    ########

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PREPETITION PAYROLL OBLIGATIONS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF BRUCE GREEN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **September 17, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 17, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 17, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 17, 2019 | Kelly Adele | *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**VIA EMAIL**
Office of the U.S. Trustee
Attn: Marilyn Sorensen
411 W. 4th Street, Suite 9041
Santa Ana, CA  92701
Email: Marilyn.Sorensen@usdoj.gov

Steven Waterman
Dorsey & Whitney LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT  84111
Email: waterman.steven@dorsey.com
**Attorneys for TAB Bank**

Leib M. Lerner
Alston & Bird
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Leib.lerner@alston.com

Global Experience Specialist
c/o David Emerzian
McCORMICK, BARSTOW, SHEPPARD, WAYTE
7647 N. Fresno Street
Fresno, CA 93720
Email: demerzian@mccormickbarstow.com

**Electronic Mail Notice List**
Reem J Bello    rbello@wgllp.com,
kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov