United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 19-13584-TA
Coastal International, Inc.                                               Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 1              Date Rcvd: Sep 16, 2019
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db             +Coastal International, Inc.,    2832 B Walnut Avenue,    Tustin, CA 92780-7002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
          Jeffrey I Golden    on behalf of Debtor    Coastal International, Inc. jgolden@wgllp.com,
           kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
          Leib M Lerner    on behalf of Debtor    Coastal International, Inc. leib.lerner@alston.com,
           autodockettest-lax@alston.com
          Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
           nancy.goldenberg@usdoj.gov
          Reem J Bello    on behalf of Debtor    Coastal International, Inc. rbello@wgllp.com,
           kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 5

**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

**FILED & ENTERED**

**SEP 16 2019**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>COASTAL INTERNATIONAL, INC., a Nevada corporation,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:19-bk-13584-TA<br><br>Chapter 11<br><br>**ORDER SETTING HEARING ON:**<br><br>(1) **EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364;**<br><br>(2) **EMERGENCY MOTION FOR ORDER APPROVING STIPULATION FOR THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 363(c)(2) AND 363(b)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d) AND FOR ORDER AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND HONORING PREPETITION CHECKS FOR A LIMITED PERIOD OF TIME PURSUANT TO 11 U.S.C. SECTIONS 105, 345, and 363; AND**<br><br>(3) **EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PREPETITION PAYROLL OBLIGATIONS**<br><br>**DATE:** September 18, 2019<br>**TIME:** 11:00 a.m.<br>**CTRM:** 5B<br>    411 West Fourth Street<br>    Santa Ana, California 92701 |

1234260.1                              ORDER SETTING EMERGENCY HEARING

**IT IS ORDERED:**

1. The hearing on Coastal International, Inc.'s ("Debtor") (1) the *Emergency Motion for Order Authorizing Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, and 364* ("DIP Financing Motion"); (b) the *Emergency Motion for Order Approving Stipulation for the Use of Cash Collateral Pursuant to 11 U.S.C. Sections 363(c)(2) and 363(b)(1) and Federal Rule of Bankruptcy Procedure 4001(d), Authorizing Maintenance of Existing Bank Accounts, Cash Management System and Honoring Pre-Petition Check for a Limited Period of Time Pursuant to 11 U.S.C. §§ 105, 345 and 363* ("Cash Collateral Motion"); and (c) the *Emergency Motion for Order Authorizing Payment and Honoring of Prepetition Payroll Obligations* ("Payroll Motion", and together with the DIP Financing Motion and Cash Collateral Motion, the "Motions") is set for September 18, 2019, at 11:00 a.m. in Courtroom 5B of the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Hearing");

2. Debtor must provide telephonic notice of the Hearing to (a) the Office of the United States Trustee; and (b) the secured creditors and/or counsel by no later than 5:00 p.m. on September 16, 2019.

3. Debtor must provide written notice of the Hearing on (a) the Office of the United States Trustee; (b) the secured creditors; (c) the 20 largest unsecured creditors; and (d) those requesting special notice, by overnight mail, email, fax and/or personal delivery by no later than 5:00 p.m. on September 16, 2019.

3. Debtor must serve a copy of the Motions on (a) the Office of the United States Trustee; and (b) the secured creditors by overnight mail, email, fax and/or personal delivery by no later than 5:00 p.m. on September 17, 2019.

1234260.1

2    ORDER SETTING EMERGENCY HEARING

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

4. Any opposition to the Motions must be presented to the Court at or by the time of the Hearing.

###

Date: September 16, 2019

_____
Theodor C. Albert
United States Bankruptcy Judge