**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

**FILED & ENTERED**

**SEP 20 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>COASTAL INTERNATIONAL, INC., a Nevada corporation<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:19-bk-13584 TA<br><br>Chapter 11<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PRE-PETITION PAYROLL OBLIGATIONS**<br><br>**DATE:** September 18, 2019<br>**TIME:** 11:00 a.m.<br>**CTRM:** 5B |

On September 18, 2019, the Court held an emergency hearing on the motion of Coastal International, Inc., the debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 bankruptcy case ("Case"), for an order authorizing payment of pre-petition payroll obligations ("Payroll Motion"). Appearances were made as noted on the record.

The Court having read and considered the Payroll Motion, heard the discussion on the record, and with good cause shown,

1235102.1                                                                                    PAYROLL ORDER

**IT IS ORDERED:**

1. Debtor is authorized to pay pre-petition employee wage and salary obligations owed by Debtor up to the priority limit in Section 507(a)(4) of the United States Bankruptcy Code, and associated tax liability for the pre-petition payroll obligations, provided however that the Debtor is not authorized to make any such payments to any independent contractors or insiders of the Debtor as defined by 11 U.S.C. Section 101(31);

2. Debtor is authorized to pay pre-petition reimbursement of ordinary course pre-petition employment business expenses in accordance with company policy up to a maximum of $5,000;

3. Debtor is authorized to pay benefit obligations including 401(k) plan employer contributions, worker's compensation, medical, dental, life insurance, disability insurance, union benefits, and miscellaneous other benefits incurred and payable in the ordinary course;

4. Debtor is authorized to honor all pre-petition vacation pay, sick leave, holiday pay, jury duty pay, and other paid leave claims in the ordinary course;

5. Debtor is authorized to retain its pre-petition payroll account(s) and all general operating accounts through and including October 24, 2019 and the bank or other financial institution is directed not to otherwise impair Debtor's ability to deposit funds into and to withdraw funds from said account(s);

6. Debtor is authorized to take all actions reasonable and necessary to comply with its obligations to its existing payroll services such as ADP;

7. All banks are directed to honor all of Debtor's pre-petition payroll checks, and all banks are prohibited from placing any holds on, or attempting to reverse, any automatic transfers on account of the foregoing;

8. TAB Bank is authorized and its actions are ratified for the payment of pre-petition payroll checks;

9. TAB Bank is directed, on an interim basis, through and including October 24, 2019, to honor all pre-petition checks presented for payment and all fund transfer requests made by the Debtor, to the extent that sufficient funds are on deposit in the applicable accounts at TAB Bank; and

10. TAB Bank is authorized, but not directed, to rely on the representations of the Debtor with respect to whether any check or other transfer drawn or issued by the Debtor prior to the Petition Date should be honored and to honor those checks and TAB Bank shall not have any liability to any party, including under 11 U.S.C. §549, for relying on such representations by the Debtor.

11. *A continued hearing will be held on October 24, 2019 at 3:00 p.m.*

### 

Date: September 20, 2019

*[signature]*

Theodor C. Albert
United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002