**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

**FILED & ENTERED**

**SEP 20 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re

COASTAL INTERNATIONAL, INC., a Nevada corporation,

    Debtor and Debtor-in-Possession.

Case No. 8:19-bk-13584 TA

Chapter 11

**INTERIM ORDER GRANTING EMERGENCY MOTION FOR ORDER:**

(1) APPROVING STIPULATION FOR THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 363(c)(2) AND 363(b)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d); AND

(2) AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND HONORING OF PRE-PETITION CHECKS FOR A LIMITED PERIOD OF TIME PURSUANT TO 11 U.S.C. SECTIONS 105, 345, and 363

**DATE:** September 18, 2019
**TIME:** 11:00 a.m.
**CTRM:** 5B

1235098.1

INTERIM CASH COLLATERAL ORDER

On September 18, 2019, the Court held an emergency hearing on the motion of Coastal International, Inc., the debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 bankruptcy case ("Case"), for an order approving the cash collateral stipulation (the "Cash Collateral Stipulation") entered into between the Debtor and the Debtor's secured creditor Transportation Alliance Bank Inc. dba TAB Bank ("TAB Bank") and for an order to maintain all existing bank accounts and to have pre-petition checks honored for a limited period of time ("Cash Collateral Motion"). Appearances were as noted on the record.

The Court having read and considered the Cash Collateral Motion, heard the discussion on the record, and with good cause shown,

**IT IS ORDERED:**

1. The Debtor is authorized to use cash collateral of TAB Bank pursuant to section 363(c)(2) of the Bankruptcy Code on an interim basis through and including October 24, 2019, to pay for ordinary and necessary expenses in accordance with its agreement with TAB Bank.

2. TAB Bank is granted a replacement lien on the Debtor's assets, including post-petition acquired assets, with the same extent, validity and priority as TAB Bank was entitled to on the Petition Date, but not including claims or causes of action possessed by the Debtor's bankruptcy estate under sections 544, 545, 547, 548, 553(b), or 723(b), and all proceeds therefrom;

3. Debtor may use TAB Bank's cash collateral to pay any post-petition professional fees and costs of the Debtor subject to the requirements of 11 U.S.C. §§ 330 and 331;

4. Debtor reserves the right to seek additional use of cash collateral or to seek modification of the use of cash collateral, and, TAB Bank reserves the right to seek modification or termination of the use of cash collateral;

5. Neither the Debtor nor TAB Bank waive or release of any of their rights, claims, or defenses;

6. Debtor is authorized to maintain its existing bank accounts (the "Bank Accounts") located at TAB Bank through and including October 24, 2019, and pre-petition checks shall be honored from the Bank Accounts during this period;

7. The requirements of 11 U.S.C. § 345(b) (i) and the U.S. Trustee Guidelines requiring the closing of Debtor's existing bank accounts and opening of bank accounts in certain financial institutions are waived on an interim basis through and including October 24, 2019;

8. Debtor will not pay any debts incurred before the Petition Date, other than as authorized by this Court or as permitted by paragraph 6 of this order; and

9. TAB Bank shall not have any liability under 11 U.S.C. §549 with respect to the provisions of this order.

10. ***A continued hearing will be held on October 24, 2019 at 3:00 p.m.***

###

Date: September 20, 2019

Theodor C. Albert
United States Bankruptcy Judge

1235098.1                3                INTERIM CASH COLLATERAL ORDER