**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

**FILED & ENTERED**

**SEP 20 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>COASTAL INTERNATIONAL, INC., a Nevada corporation,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:19-bk-13584-TA<br><br>Chapter 11<br><br>**INTERIM ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364**<br><br>**DATE:** September 18, 2019<br>**TIME:** 11:00 a.m.<br>**CTRM:** 5B |

On September 18, 2019, the Court held an emergency hearing on the motion of Coastal International, Inc., the debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 bankruptcy case ("Case"), for an order authorizing the Debtor to obtain post-petition financing pursuant to 11 U.S.C. §§ 105, 361, 362, and 364 ("DIP Financing Motion") from Debtor's secured creditor Transportation Alliance Bank Inc. dba TAB Bank ("TAB Bank"). Appearances were as noted on the record.

The Court having read and considered the DIP Financing Motion, heard the discussion on the record, and with good cause shown,

1235104.1                                                                                                                                         INTERIM DIP FINANCING ORDER

**IT IS ORDERED:**

1. Debtor is authorized to enter into the Accounts Receivable Purchase and Security Agreement ("DIP Financing Agreement") with TAB Bank, attached to the DIP Financing Motion as Exhibit "3", on an interim basis through and including October 24, 2019;

2. The terms of the DIP Financing Agreement are approved on an interim basis, except those provisions relating to releases and indemnification, which are not approved;

3. The Origination Fee and Attorney Documentation Fee in the DIP Financing Agreement are approved as set forth on the record.

*4. A continued hearing will be held on October 24, 2019 at 3:00 p.m.*

###

Date: September 20, 2019

Theodor C. Albert
United States Bankruptcy Judge