**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

**FILED & ENTERED**

**SEP 24 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-13584 TA |
| COASTAL INTERNATIONAL, INC., a Nevada corporation, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **SCHEDULING ORDER ON SETTING OF FINAL HEARING ON EMERGENCY MOTIONS FOR ORDER:** |

(1) APPROVING STIPULATION FOR THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 363(c)(2) AND 363(b)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d); AND AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND HONORING OF PRE-PETITION CHECKS FOR A LIMITED PERIOD OF TIME PURSUANT TO 11 U.S.C. SECTIONS 105, 345, and 363

(2) EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PRE-PETITION PAYROLL OBLIGATIONS; AND

(3) EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364

**DATE:** September 18, 2019
**TIME:** 11:00 a.m.
**CTRM:** 5B

1235126.1    SCHEDULING ORDER

On September 18, 2019, the Court held a hearing on the emergency motions of Coastal International, Inc., the debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 bankruptcy case ("Case"), for an order: (1) approving stipulation for the use of cash collateral pursuant to 11 U.S.C. §§363(c)(2) and 363(b)(1) and Federal Rule of Bankruptcy Procedure 4001(d) and Authorizing Maintenance of Existing Bank Accounts and Honoring of Pre-Petition Checks for a Limited Period of Time Pursuant to 11 U.S.C. §§105, 345, and 363; (2) Authorizing Payment and Honoring of Pre-Petition Payroll Obligations; and (3) Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§105, 361, 362 and 364 (collectively, the "Motions").  Appearances were as noted on the record.

On September 20, 2019, the Court entered orders on the Motions on an interim basis and set a final hearing on the Motions as follows,

**IT IS ORDERED:**

1. The final hearing on the Motions shall be held on October 24, 2019, at 3:00 p.m.
2. Any further moving papers shall be filed and served by October 2, 2019.
3. Any responsive papers shall be filed by October 11, 2019.
4. Any sur-reply shall be filed by October 18, 2019.
5. Any motion filed by Global Experience Specialist f/k/a GES Exposition Services, Inc., including its anticipated motion to dismiss or transfer venue, may be filed and set for hearing on the same schedule.

###

Date: September 24, 2019

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge