United States Bankruptcy Court
Central District of California

In re:                                                                        Case No. 19-13584-TA
Coastal International, Inc.                                                   Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 1                Date Rcvd: Sep 24, 2019
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db              +Coastal International, Inc.,   2832 B Walnut Avenue,   Tustin, CA 92780-7002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
     Alan Craig Hochheiser    on behalf of Creditor    AmTrust North America, Inc., on behalf of Wesco
      Insurance Company ahochheiser@mauricewutscher.com,   arodriguez@mauricewutscher.com
     Alan Craig Hochheiser    on behalf of Creditor    AmTrust North America, Inc. on behalf of Milford
      Casualty Insurance Company ahochheiser@mauricewutscher.com,   arodriguez@mauricewutscher.com
     Jeffrey I Golden    on behalf of Debtor    Coastal International, Inc. jgolden@wgllp.com,
      kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
     Leib M Lerner    on behalf of Debtor    Coastal International, Inc. leib.lerner@alston.com,
      autodockettest-lax@alston.com
     Leib M Lerner    on behalf of Creditor    Global Experience Specialist f/k/a GES Exposition
      Services, Inc. leib.lerner@alston.com,   autodockettest-lax@alston.com
     Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
      nancy.goldenberg@usdoj.gov
     Reem J Bello    on behalf of Debtor    Coastal International, Inc. rbello@wgllp.com,
      kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
     United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                                                                                                                                                                                    TOTAL: 8

**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor
and Debtor-in-Possession,
Coastal International, Inc.

**FILED & ENTERED**

**SEP 24 2019**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>COASTAL INTERNATIONAL, INC., a Nevada corporation,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:19-bk-13584 TA<br><br>Chapter 11<br><br>**SCHEDULING ORDER ON SETTING OF FINAL HEARING ON EMERGENCY MOTIONS FOR ORDER:**<br><br>**(1) APPROVING STIPULATION FOR THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 363(c)(2) AND 363(b)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d); AND AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND HONORING OF PRE-PETITION CHECKS FOR A LIMITED PERIOD OF TIME PURSUANT TO 11 U.S.C. SECTIONS 105, 345, and 363**<br>**(2) EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PRE-PETITION PAYROLL OBLIGATIONS; AND**<br>**(3) EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364**<br><br>**DATE:** September 18, 2019<br>**TIME:** 11:00 a.m.<br>**CTRM:** 5B |

1235126.1                                                                 SCHEDULING ORDER

On September 18, 2019, the Court held a hearing on the emergency motions of Coastal International, Inc., the debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 bankruptcy case ("Case"), for an order: (1) approving stipulation for the use of cash collateral pursuant to 11 U.S.C. §§363(c)(2) and 363(b)(1) and Federal Rule of Bankruptcy Procedure 4001(d) and Authorizing Maintenance of Existing Bank Accounts and Honoring of Pre-Petition Checks for a Limited Period of Time Pursuant to 11 U.S.C. §§105, 345, and 363; (2) Authorizing Payment and Honoring of Pre-Petition Payroll Obligations; and (3) Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§105, 361, 362 and 364 (collectively, the "Motions").  Appearances were as noted on the record.

On September 20, 2019, the Court entered orders on the Motions on an interim basis and set a final hearing on the Motions as follows,

**IT IS ORDERED:**

1. The final hearing on the Motions shall be held on October 24, 2019, at 3:00 p.m.
2. Any further moving papers shall be filed and served by October 2, 2019.
3. Any responsive papers shall be filed by October 11, 2019.
4. Any sur-reply shall be filed by October 18, 2019.
5. Any motion filed by Global Experience Specialist f/k/a GES Exposition Services, Inc., including its anticipated motion to dismiss or transfer venue, may be filed and set for hearing on the same schedule.

###

Date: September 24, 2019

_____
Theodor C. Albert
United States Bankruptcy Judge

1235126.1                    2                    SCHEDULING ORDER