**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Debtor and Debtor in Possession, Coastal International Inc.

FILED & ENTERED

SEP 30 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>COASTAL INTERNATIONAL INC.,<br><br>Debtor. | Case No. 8:19-bk-13584-TA<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE MOTION FOR AN ORDER EXTENDING TIME WITHIN WHICH DEBTOR MUST FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS AS LISTED IN THE COURT'S DEFICIENCY NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(c) AND LOCAL BANKRUPTCY RULE 1007**<br><br>[No Hearing Unless Required] |

The Court having considered the Debtor's *Ex Parte Motion for an Order Extending Time Within which Debtor Must File Schedules of Assets and Liabilities and Statement Of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007* (the "Motion"), filed by the debtor and debtor-on-possession (the "Debtor") in the above-captioned bankruptcy case on September 30, 2019, as docket number 52, and good cause appearing therefrom;

1236909.1

ORDER

**IT IS ORDERED:**

1. The Motion is granted in its entirety;

2. The Debtor shall have an extension of time through and including October 14, 2019, to file the Documents.

###

Date: September 30, 2019

Theodor C. Albert
United States Bankruptcy Judge