Leib M. Lerner (CA State Bar No. 227323)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
Email: alina.ananian@alston.com

Attorneys for Global Experience Specialist
f/k/a GES Exposition Services, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Coastal International Inc.,<br><br>Debtor | Bankruptcy Case No. 19-13584-TA<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF GLOBAL EXPERIENCE SPECIALIST F/K/A GES EXPOSITION SERVICES, INC. TO DISMISS OR TRANSFER VENUE PURSUANT TO 28 U.S.C. SECTION 1406 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1014(A)(2)**<br><br>[*Filed concurrently with Notice of Motion; Motion; and Declaration of Leib M. Lerner*]<br><br><u>Hearing</u><br>Date:  October 24, 2019<br>Time:  3:00 p.m.<br>Place:  Courtroom 5B<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

Global Experience Specialist f/k/a GES Exposition Services, Inc. ("**GES**") respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201and 1005 of the following documents in support of GES's concurrently filed Motion to Dismiss or Transfer Venue Pursuant to 28 U.S.C. §§ 1408 and 1412 and Federal Rule of Bankruptcy Procedure 1014(a):

1.	The Judgment entered against Debtor on May 18, 2018 by the Marin County Superior Court, 3501 Civic Center Drive, San Rafael, CA 94903, Case No. CIV 1801683, a true and correct copy of which is attached as **Exhibit A** hereto.

2.	The Statement and Designation by Foreign Corporation filed by Coastal International Inc. ("**Debtor**") with the California Secretary of State on July 9, 1990, a true and correct copy of which is attached as **Exhibit B** hereto.

3.	The Amended Statement and Designation by Foreign Corporation filed by the Debtor with the California Secretary of State on July 29, 2004, a true and correct copy of which is attached as **Exhibit C** hereto.

4.	The Statement of Information filled by the Debtor with the California Secretary of State on April 2, 2013, a true and correct copy of which is attached **Exhibit D** hereto.

5.	The County of Marin official government website page listing the "Marin Communities" in Marin County, which includes Sausalito, a true and correct copy of which is attached as **Exhibit E** hereto.

6.	The United States Bankruptcy Court for the Northern District of California website page showing the counties in the district, which includes Marin County, a true and correct copy of which is attached as **Exhibit F** hereto.

7.	The Statement of Information filed by the Debtor with the California Secretary of State on August 5, 2019, a true and correct copy of which is attached as **Exhibit G** hereto.

8.	The Debtor's contractors license information from the State of California website, a true and correct copy of which is attached as **Exhibit H** hereto.

LEGAL02/39244070v2

1

Dated:  October 2, 2019

**ALSTON & BIRD LLP**

2

3

**By: /s/ Leib M. Lerner**

4

Leib M. Lerner

5

Attorneys for Global Experience Specialist
f/k/a GES Exposition Services, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL02/39244070v2

<u>EXHIBIT A</u>

1 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 | David L. Emerzian, #222930
    *david.emerzian@mccormickbarstow.com*
3 | 7647 North Fresno Street
Fresno, California 93720
4 | Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
5
6 | Attorneys for Plaintiff/Judgment Creditor
7
8

FILED

MAY 1 8 2018

JAMES M. KIM, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: C. Lucchesi, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF MARIN

10
11 | GLOBAL EXPERIENCE SPECIALIST fka
GES EXPOSITION SERVICES, INC.,
12 |                 Plaintiff,
13 | v.
14 | COASTAL INTERNATIONAL, INC.,
15 |                 Defendant.
16

Case No. CIV 1801683

[PROPOSED] JUDGMENT

(CL)

17
18
19          IT IS ORDERED, ADJUDGED, DECREED AND DECLARED as follows:

20          1.      Judgment is entered in favor of Plaintiff/Judgment Creditor, GLOBAL EXPERIENCE

21 | SPECIALIST fka GES EXPOSITION SERVICES, INC. and against Defendant COASTAL

22 | INTERNATIONAL, INC. in the amount of $11,709,236.24, which includes the amount entered by the

23 | Circuit Court of Cook County, Illinois ($11,709,236.24 and the Court's filing fee of $ 428°°), along

24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

[PROPOSED] JUDGMENT

1   with post-judgment interest which continues to accrue on the judgment amount at a rate of 9% per

2   annum until Judgment is paid.

3

4

5   DATED: May _18_, 2018

_Lucchesi_      C. LUCCHESI

~~Judge of the~~ Marin County Superior Court

6   03674-02129 5041750.1

JAMES M. KIM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 83720

2

[PROPOSED] JUDGMENT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On May 18, 2018, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT** on the interested parties in this action as follows:

Coastal International, Inc.
c/o Bruce Green
3 Harbor Drive, Suite 211
Sausalito, CA 94965

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 18, 2018, at Fresno, California.

Cindy D. Gonzales

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

## EXHIBIT B

STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION

DO NOT WRITE IN THIS

In the office of the Secretary of State
of the State of California

JUL 0 9 1990

March Fong Eu

MARCH FONG EU, Secretary of State

COASTAL INTERNATIONAL, INC., WHICH WILL DO BUSINESS IN CALIFORNIA

AS COASTAL INTERNATIONAL CONVENTION SERVICES
,
(Name of Corporation)

a corporation organized and existing under the laws of ___NEVADA___
,
(Place or State of Incorporation)

makes the following statements and designation:

1. The address of its principal executive office is 3325 Ali Baba Lane,

Suite 618 Las Vegas, NV 89118-1560
(Insert complete address of principal executive office wherever
located - Do not use Post Office Box)

2. The address of its principal office in the State of California is 10 Hawthorne

St. San Francisco, CA 94105
(Insert complete address of principal office in California - Do
not use Post Office Box)

DESIGNATION OF AGENT FOR SERVICE OF PROCESS WITHIN THE STATE OF CALIFORNIA

3. (Use this paragraph if the process agent is a natural person.)

✓ Bruce Edward Green
a natural person residing in the State of California, whose complete address is
,
✓ 1859-18th Ave.

San Francisco, CA 94122
(Do not use Post Office Box)

is designated as its agent upon whom process directed to the corporation may be
served within the State of California in the manner provided by law.

(FORM TO BE COMPLETED ON REVERSE SIDE)

4.    (Use this paragraph if the process agent is a corporation.  See instructions.)

_____, a corporation organized
and existing under the laws of _____ is   designated   as
agent upon whom process directed to the undersigned corporation may be served within
the State of California, in the manner provided by law.

NOTE:  Before it may be designated by any foreign corporation as its agent for
         service of process, a corporate agent must comply with Section 1505,
         California Corporations Code.  (See instruction 2.)

    5.   The undersigned corporation hereby irrevocably consents to service of process
directed to it upon the agent designated above, and to service of process on the
Secretary of State of the State of California if the agent so designated or the
agent's successor is no longer authorized to act or cannot be found at the address
given.

                                Coastal International, Inc.
                                _____
                                (Name of Corporation)

                                _Bruce E. Green_ (signature)
                                _____
                                (Signature of corporate officer)

                                Bruce E. Green            President
                                _____
                                (Typed name and title of officer signing)

INSTRUCTIONS:

1. There must be annexed to this statement, a certificate by an authorized public official of the state or
   place of incorporation of the corporation, to the effect that the corporation making the statement is
   an existing corporation in good standing in that state or place.  IF A NONPROFIT CORPORATION IS TO BE
   QUALIFIED, the certificate must also indicate that the corporation is a nonstock, nonprofit
   corporation.

2. No domestic corporation may be designated as agent for service of process unless it has filed with the
   Secretary of State the certificate provided for by Section 1505, Corporations Code, and no foreign
   corporation may be designated unless it has qualified for the transaction of intrastate business in
   California and has filed with the Secretary of State of the State of California the certificate
   provided for by Section 1505, California Corporations Code.  A domestic or foreign corporation must be
   currently authorized to engage in business in this State and be in good standing status on the records
   of the Secretary of State of the State of California, in order to file a certificate pursuant to this
   section.

NOTE:  A CORPORATION CANNOT ACT FOR ITSELF AS AGENT FOR SERVICE OF PROCESS.

3. If a corporation is required to qualify under a D.B.A. (name other than the true corporate name)
   pursuant to Section 2106(b), Corporations Code, then in the first line of this statement set out the
   correct corporate name, followed by "which will do business in California as _____,"
   setting forth the D.B.A. in the space indicated.  The D.B.A. should not be set out in connection with
   the corporate name anywhere else in the statement.

4. If the corporation changes its name the corporation must file an Amended Statement and Designation.  A
   form may be obtained from the Secretary of State.

STATE OF NEVADA
**SECRETARY OF STATE**

## CERTIFICATE OF CORPORATE STATUS

I, FRANKIE SUE DEL PAPA, the duly elected, qualified and acting Secretary of State of the State of Nevada, do hereby certify that I am, by the laws of said State, the custodian of the records relating to corporations organized under the laws thereof; the revocation of their corporate charters, and their right to transact and carry on their corporate business; and am the proper officer to execute this certificate.

I further certify that, at the date of this certificate,

COASTAL INTERNATIONAL, INC.

is a corporation duly organized and existing under and by virtue of the laws of the State of Nevada, having fully complied therewith; is entitled to exercise therein all the corporate powers and functions recited in its charter or articles of incorporation, and is in good standing in this State.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State at my office in Carson City, Nevada, this 12TH day of MARCH, A.D., 19 90.

Secretary of State

By
Deputy

Form CS-1 (Rev. 10-88)                                                      (O)-3256

EXHIBIT  C

A0614975

*1668735*

**AMENDED STATEMENT BY
FOREIGN CORPORATION**

**FILED** *one*
in the office of the Secretary of State
of the State of California

JUL 2 9 2004

*Kevin Shelley*
KEVIN SHELLEY, SECRETARY OF STATE

COASTAL    INTERNATIONAL,    INC.
_____
(Name of Corporation)

_____ , a corporation organized

and existing under the laws of    NEVADA    , and which is presently
(State or Place of Incorporation)

qualified for the transaction of intrastate business in the State of California, makes the

following statement:

That the name of the corporation has been changed to that hereinabove set forth and

that the name relinquished at the time of such change was    COASTAL    INTERNATIONAL

WHICH WILL DO BUSINESS IN CALIFORNIA AS

INC.,    A COASTAL INTERNATIONAL CONVENTION

SERVICES

COASTAL    INTERNATIONAL,    INC.
_____
(Name of Corporation)

*Bruce E. Green*
_____
(Signature of Corporate Officer)

BRUCE E. GREEN    PRESIDENT, SEC.
_____
(Typed Name and Title of Officer Signing)

EXHIBIT D



## State of California

### Secretary of State

**Statement of Information**
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| F |

**E-R70830**

**FILED**

In the office of the Secretary of
State of the State of California

**Apr - 2 2013**

---

**1. CORPORATE NAME**

COASTAL INTERNATIONAL, INC.

3 HARBOR DRIVE SUITE 211
SAUSALITO CA 94965

**2. CALIFORNIA CORPORATE NUMBER**    C1668735

This Space For Filing Use Only

---

**No Change Statement**  ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of
State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State,
check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3 HARBOR DRIVE SUITE 211    SAUSALITO  CA 94965 | | | |

| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3 HARBOR DRIVE SUITE 211    SAUSALITO  CA 94965 | | | |

| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable
title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| BRUCE   GREEN  3 HARBOR DRIVE SUITE 211   SAUSALITO  CA 94965 | | | | |

| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| BRUCE    GREEN  3 HARBOR DRIVE SUITE 211   SAUSALITO  CA 94965 | | | | |

| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| BRUCE   GREEN  3 HARBOR DRIVE SUITE 211   SAUSALITO  CA 94965 | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a
California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the
California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| BRUCE  GREEN |

| 11. STREET ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3 HARBOR DRIVE SUITE 211    SAUSALITO  CA 94965 | | | |

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| TRADESHOW SERVICES |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 04/02/2013 | KATHY  SPANGLER | OFFICE MANAGER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2012)                                        APPROVED BY SECRETARY OF STATE

<u>EXHIBIT E</u>



Select Language ▼    ♿ Accessibility    A A A Text Resize    ⊘ Skip To Main Content

marincounty.org

[Find services, forms and information]    [Search]

🏠    HOW DO I?    GOVERNMENT    FOR RESIDENTS    FOR BUSINESS    RECREATION

CONTACTS

**You are here:** Home > For Residents > Community > Marin Communities

## Marin Communities

➔ All Residents Services

### Featured Links

➔ How Do I?
➔ Business License
➔ Retiree Health Updates
➔ Calendar
➔ Contracting Opportunities
➔ Departments List
➔ Disability Access
➔ Elections
➔ Forms
➔ Job Postings
➔ Property Assessment Inquiry
➔ Property Tax Bill
➔ Public Booking Log
➔ Public Service Portal
➔ Search Recorder's Index

### For Residents

⊞ **Your Home**
⊞ **Health & Wellness**
⊞ **Public Safety**
⊞ **Environment**
⊟ **Community**

This collection of links contains useful information about all of the cities, towns and unincorporated areas of the County of Marin.

**Belvedere** ⧉
450 San Rafael Avenue
Belvedere, CA 94920
Phone: (415) 435-3838

**Bolinas**
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

**Corte Madera** ⧉
300 Tamalpais Drive
Corte Madera, CA 94925
Phone: (415) 927-5050

**Dillon Beach**
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

**Fairfax** ⧉
142 Bolinas Road
Fairfax, CA 94930
Phone: (415) 453-1584

**Forest Knolls**
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

**Greenbrae**
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

**Inverness**
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

**Kentfield**
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

**Lagunitas**
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

**Larkspur** ⧉
400 Magnolia Avenue
Larkspur, CA 94939
Phone: (415) 927-5110

**Marin City** ⧉
630 Drake Avenue
Marin City, CA 94965
Phone: (415) 332-1441

**Marshall**
Jurisdiction: County of Marin
3501 Civic Center Drive

**Mill Valley** ⧉
26 Corte Madera Avenue
Mill Valley, CA 94941

→ Art Education
→ Legal Resources
→ Service Organizations
→ Career Training
→ Community Partners
→ Voting
→ Educational Resources
→ Environmental Education
→ Housing Resources
→ Public Libraries
⇒ **Marin Communities**
→ Marin Schools
→ Parks & Recreation
→ School Districts
⇒ Special Needs Learning
→ Technology
→ Volunteering
→ See All Community
⊞ **Getting Around**

San Rafael, CA 94903
Phone: (415) 473-7331

Phone: (415) 388-4033

### Nicasio
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

### Novato ⧉
922 Machin Avenue
Novato, CA 94945
Phone: (415) 899-8900

### Olema
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

### Point Reyes
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

### Ross ⧉
PO Box 320
Ross, CA 94957
Phone: (415) 453-1453

### San Anselmo ⧉
525 San Anselmo Avenue
San Anselmo, CA 94960
Phone: (415) 258-4600

### San Geronimo
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

### San Rafael ⧉
1400 Fifth Ave
San Rafael, CA 94901
Phone: (415) 485-3065

### Sausalito ⧉
420 Litho Street
Sausalito, CA 94965
Phone: (415) 289-4100

### Stinson Beach
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

### Tiburon ⧉
1505 Tiburon Boulevard
Tiburon, CA 94920
Phone: (415) 435-7373

### Tomales
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

### Woodacre
Jurisdiction: County of Marin
3501 Civic Center Drive
San Rafael, CA 94903
Phone: (415) 473-7331

If you are a person with a disability and require an accommodation to participate in a County program, service, or activity, requests may be made by calling (415) 473-4381 (Voice), (415) 473-3232 (TDD/TTY), or by email at least five days in advance of the event. Copies of documents are available in alternative formats upon request.

How Do I?
Government
For Residents
For Business
Recreation
Contacts

Newsroom
Board of Supervisors
Email Updates ⧉
Social Media
Webcasts
Emergency Alerts ⧉

Contact Webmaster
Terms & Conditions
Disclaimers
Get Adobe Reader ⧉
Mobile Gallery
Image Gallery

Copyright © 2019 County of Marin

<u>EXHIBIT F</u>

Published on *United States Bankruptcy Court* ([http://www.canb.uscourts.gov](http://www.canb.uscourts.gov))

[Home](#) > Location Map

## Locations Map

**The Northern District of California is comprised of four divisional offices. On the map below, please select a county to view information regarding that division.**



**Source URL (modified on 07/07/2014 - 3:20pm):** http://www.canb.uscourts.gov/court-info/court-locations

## EXHIBIT G



# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ | | | | |
| 8.  SECRETARY | | | | |
| 9.  CHIEF FINANCIAL OFFICER/ | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.  NAME OF AGENT FOR SERVICE OF PROCESS

| 11.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | STATE | ZIP CODE |
|---|---|---|
| | | |

**Type of Business**

12.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| | | | |

SI-350 (REV 01/2013)  APPROVED BY SECRETARY OF STATE

# EXHIBIT H



Home  **CONTRACTORS STATE LICENSE BOARD**

## ▼ Contractor's License Detail for License # 845433

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

▸ CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

▸ Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.

▸ Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

▸ Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

Data current as of 9/16/2019 8:10:00 AM

### Business Information

COASTAL INTERNATIONAL INC
3 HARBOR DRIVE SUITE 211
SAUSALITO, CA 94965
Business Phone Number:(415) 339-1700

| | |
|---|---|
| **Entity** | Corporation |
| **Issue Date** | 08/26/2004 |
| **Expire Date** | 08/31/2020 |

### License Status

**This license is current and active.**

**All information below should be reviewed.**

### Classifications

**B - GENERAL BUILDING CONTRACTOR**

### Bonding Information

**Contractor's Bond**
This license filed a Contractor's Bond with PLATTE RIVER INSURANCE COMPANY.
**Bond Number:** 41166470
**Bond Amount:** $15,000
**Effective Date:** 07/16/2016
Contractor's Bond History

**Bond of Qualifying Individual**
The qualifying individual BRUCE EDWARD GREEN certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 12/29/2008

### Workers' Compensation

This license has workers compensation insurance with the WESCO INSURANCE COMPANY
**Policy Number:** WWC3330506
**Effective Date:** 02/01/2018
**Expire Date:** 02/01/2020
Workers' Compensation History

### Other

▸ Personnel listed on this license (current or disassociated) are listed on other licenses.

Back to Top    Conditions of Use    Privacy Policy    Accessibility    Accessibility Certification

Copyright © 2019 State of California

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  Alston & Bird LLP, 333 S. Hope Street, 16th Floor, Los Angeles, CA 90071

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF GLOBAL EXPERIENCE SPECIALIST F/K/A GES EXPOSITION SERVICES, INC. TO DISMISS OR TRANSFER VENUE PURSUANT TO 28 U.S.C. §§ 1408 AND 1412 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1014(a)**
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/2/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Leib M Lerner**    leib.lerner@alston.com, autodockettest-lax@alston.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William McCormick**    Bill.McCormick@ag.tn.gov
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

 2.  **SERVED BY UNITED STATES MAIL**:  On 10/2/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached.

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/2/2019 | Rosa Nelly Villaneda | /s/ Rosa Nelly Villaneda |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LEGAL02/39281658v1

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Honorable Theodor C. Albert<br>United States Bankruptcy Court<br>411 West Fourth Street, Suite 5085,<br>Courtroom 5B<br>Santa Ana, CA 92701-4593 | Northern California Carpenters Fund<br>PO Box 882134<br>San Francisco, CA 94188-2134 | AmTrust North America<br>Attn: Accounts Receivable<br>800 Superior Ave. E. 21st Floor\|<br>Cleveland, OH 44114-2613 |
| American Express Corp. Svcs.<br>Attn: US Payment FL<br>1801 NW 66th Ave., Suite 103A<br>Fort Lauderdale, FL 33313-4571 | Chicago Regional Council of<br>Carpenters<br>12 East Erie Street<br>Chicago, IL 60611-2796 | Laborers Trust Fund for Northern CA<br>PO Box 882913<br>San Francisco, CA 94188-2913 |
| Trust Fund Office Local Union 831<br>STD<br>PO Box 513435<br>Los Angeles, CA 90051-3435 | Sign Pictorial Display Industry Allied<br>PO Box 45186<br>San Francisco, CA 94145-0186 | Teamsters Local 631 Security Fund<br>PO Box 844552<br>Los Angeles, CA 90084-4552 |
| Anthem Blue Cross<br>PO Box 51011<br>Los Angeles, CA 90051-5311 | Spangler, Kathleen<br>554 16th Avenue<br>San Francisco, CA 94118-3509 | Western Conference of Teamsters<br>2323 Eastlake Avenue East<br>Seattle, WA 98102-3393 |
| Lopez, Jesus<br>4585 San Juan Avenue<br>Fremont, CA 94536-5544 | Randall, Dee<br>38 Red Hill Circle<br>Belvedere Tiburon, CA 94920-1700 | Johnson, Amy<br>543 Wisteria Way<br>San Rafael, CA 94903-2425 |
| Gorman, Michael<br>11 Jeffrey Lane<br>Hightstown, NJ 08520-1703 | Shell Fleet Plus- WEX BANK<br>PO Box 4337<br>Carol Stream, IL 60197-4337 | Cowperthwait, Shelley<br>6802 Bayberry Creek<br>Las Vegas, NV 89130-4999 |
| | Boone, Mike<br>4065 Lavergne<br>Antioch, TN 37013 | Willwork Global Event Services<br>23 Norfolk Avenue, Suite A<br>South Easton, MA 02375-1187 |

*June 2012*
LEGAL02/39281658v1

**F 9013-3.1.PROOF.SERVICE**