Leib M. Lerner (CA State Bar No. 227323)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
Email: alina.ananian@alston.com

Attorneys for Global Experience Specialist
f/k/a GES Exposition Services, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Coastal International Inc.,

Debtor

Bankruptcy Case No. 19-13584-TA

Chapter 11

**DECLARATION OF LEIB M. LERNER IN SUPPORT OF MOTION OF GLOBAL EXPERIENCE SPECIALIST F/K/A GES EXPOSITION SERVICES, INC. TO DISMISS OR TRANSFER VENUE PURSUANT TO 28 U.S.C. SECTION 1406 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1014(A)(2)**

[*Filed concurrently with Notice of Motion; Motion; and Request for Judicial Notice*]

Hearing
Date: October 24, 2019
Time: 3:00 p.m.
Place: Courtroom 5B
411 West Fourth Street
Santa Ana, CA 92701

I, Leib M. Lerner, declare as follows:

1. I am an attorney licensed to practice by the State of California and admitted to practice before the above-entitled Court. I am a partner with the law firm of Alston & Bird LLP, attorneys for creditor Global Experience Specialist f/k/a GES Exposition Services, Inc. ("**GES**"). I have personal knowledge of the facts contained in this declaration, except as to matters stated upon information and belief and as to those matters, I believe them to be true. If called upon as a witness, I could and would testify thereto.

2. I am an attorney of record for GES and, as such, am one of the custodians of the books, records and files of GES that relate to its judgment against Coastal International Inc. ("**Coastal**" or "**Debtor**").

3. I make this declaration in support of the Motion of Global Experience Specialist f/k/a GES Exposition Services, Inc. to Dismiss or Transfer Venue Pursuant to 28 U.S.C. Section 1406 and Federal Rule of Bankruptcy Procedure 1014(A)(2) (the "**Motion**").

4. Attached as **Exhibit A** to the Request for Judicial Notice in Support of Motion of Global Experience Specialist f/k/a GES Exposition Services, Inc. to Dismiss or Transfer Venue Pursuant to 28 U.S.C. Section 1406 and Federal Rule of Bankruptcy Procedure 1014(A)(2) (the "**RJN**") is a true and correct copy of the Judgment entered against Debtor on May 18, 2018 by the Marin County Superior Court, 3501 Civic Center Drive, San Rafael, CA 94903, Case No. CIV 1801683.

5. Attached as **Exhibit B** to the RJN is a true and correct copy of the Statement and Designation by Foreign Corporation filed by Coastal International Inc. ("**Debtor**") with the California Secretary of State on July 9, 1990.

6. Attached as **Exhibit C** to the RJN is a true and correct copy of the Amended Statement and Designation by Foreign Corporation filed by the Debtor with the California Secretary of State on July 29, 2004.

7. Attached as **Exhibit D** to the RJN is a true and correct copy of the Statement of Information filled by the Debtor with the California Secretary of State on April 2, 2013.

8. Attached as **Exhibit E** to the RJN is a true and correct copy of the County of Marin official government website page listing the "Marin Communities" in Marin County, which includes Sausalito.

9. Attached as **Exhibit F** to the RJN is a true and correct copy of the United States Bankruptcy Court for the Northern District of California website page showing the counties in the district, which includes Marin County.

10. Attached as **Exhibit G** to the RJN is a true and correct copy of the Statement of Information filed by the Debtor with the California Secretary of State on August 5, 2019.

11. Attached as **Exhibit H** to the RJN is a true and correct copy of the Debtor's contractors license information from the State of California website.

12. Attached as **Exhibit I** hereto is a true and correct copy of the relevant portions of the Deposition Transcript of Bruce Green taken on July 22, 2019.

13. Attached as **Exhibit J** hereto is a true and correct copy of the Debtor's "Contact Us" webpage downloaded on September 13, 2019.

14. Attached as **Exhibit K** hereto is a true and correct copy of the Debtor's website home page downloaded on September 13, 2019.

15. Attached as **Exhibit L** hereto is a true and correct copy of the execution page of the financing agreement that the Debtor attached as Exhibit 3 to the Debtor's Emergency Motion for Order Authorizing Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364 [Doc. 13] ("Financing Motion").

16. Attached as **Exhibit M** hereto is a true and correct copy of the face page of Debtor's 2017 tax return. The complete document was produced by Debtor to the undersigned on September 6, 2019.

17. Attached as **Exhibit N** hereto is a true and correct copy of the face page of Debtor's 2016 tax return. The complete document was produced by Debtor to the undersigned on September 6, 2019.

18. Attached as **Exhibit O** hereto is a true and correct copy of the Debtor's 2018 Balance Sheet. The complete document was produced by Debtor to the undersigned on September 6, 2019.

19. Attached as **Exhibit P** hereto is a true and correct copy of the Debtor's Equipment Inventory Spreadsheet 12-31-18. The complete document was produced by Debtor to the undersigned on September 6, 2019.

20. Based upon the Debtor's calculation in the Equipment Inventory Spreadsheet and the information provided therein, the following extension can be made as to the value of the equipment located at the "South Cal" location, which is apparently the Tustin address.

| Item | Quantity | Value Each | Total |
|---|---|---|---|
| 4' | 10 | 40 | 400 |
| 6' | 57 | 50 | 2850 |
| 8' | 30 | 75 | 2250 |
| 10' | 26 | 90 | 2340 |
| 12' | 18 | 100 | 1800 |
| 14' | 10 | 120 | 1200 |
| 16' | 10 | 130 | 1300 |
| gang box | 0 | 200 | 0 |
| husky boxes | 0 | 50 | 0 |
| slant box | 3 | 275 | 825 |
| cages | 0 | 300 | 0 |
| genies | 6 | 875 | 5250 |
| scaffold | 0 | 600 | 0 |
| pallet jack | 0 | 150 | 0 |
| Total | | | 18215 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 2, 2019

/s/ Leib M. Lerner
Leib M. Lerner

# EXHIBIT I

IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MARIN

--oOo--

GLOBAL EXPERIENCE SPECIALIST fka GES EXPOSITION SERVICES, INC.,

Plaintiff,

v. No. CIV 1801683

COASTAL INTERNATIONAL, INC.,

Defendant.
_____________________________________/

DEPOSITION OF BRUCE EDWARD GREEN, taken at Embarcadero Center, Suite 1500, San Francisco, California, on Monday, July 22, 2019, at 10:41 a.m., before Pamela L. Silveira, Certified Shorthand Reporter, in and for the State of California.

A P P E A R A N C E S

For the Plaintiff:

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP
BY: DAVID L. EMERZIAN
7647 North Fresno Street
Fresno, California 93720
(559)433-1300
david.emerzian@mccormickbarstow.com

For the Defendant:

WEILAND, GOLDEN, GOODRICH, LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
BY: JEFFREY I. GOLDEN
(714)966-1000
jgolden@wgllp.com

--oOo--

MR. EMERZIAN: Q: I don't have yet the signed copy back from the Court, but what I'm going to show you that we're going to mark as Exhibit 1, this is a stipulation that both myself and your counsel, Mr. Golden to your right, prepared reviewed, and executed.

Have you seen this document before?

**A Yes.**

Q And just flip through it so I can at least satisfy myself that you're reviewing it here today on the record.

**A Yes.**

Q Okay. Did you have an opportunity to review this stipulation before your attorney signed it?

**A Yes.**

Q Okay. And you authorized your attorney to execute this stipulation, didn't you?

**A Yes.**

Q And it's your understanding that pursuant to this stipulation, which is Exhibit 1, you have appeared here today as the person most knowledgable on behalf of Coastal International, Inc.?

**A Correct.**

Q Okay. What's your current residence?

**A It is -- I live in Incline Village, Nevada.**

Q Okay. Could you -- the address, city, zip, all that sort of stuff.

International, Inc.?
**A It has multiple addresses.**
Q Okay. Is there a primary place of business that Coastal International, Inc., operates out of?
**A Yes.**
Q Okay. And what would that -- what would that address be?
**A 3 Harbor Drive, Suite 211, Sausalito, California 94965.**
Q Okay. And when you say Coastal International, Inc., has many other -- or excuse me, other addresses, are you familiar with those addresses and can you provide those to me?
**A Not off the top of my head, no.**
Q Okay. And when you say other addresses, are these other -- are these other addresses in different states throughout the United States where Coastal International, Inc., does business?
**A Yes.**
Q When was Coastal International, Inc. formed? Approximately?
**A In 1984.**
Q Okay. And was it formed as a corporation or was it a sole proprietorship in '84?
**A It was -- it was always a corporation.**

Q Okay. And have you always been the sole shareholder?

**A No.**

Q Okay. Are you currently the sole shareholder of Coastal International, Inc.?

**A Yes.**

Q How long -- how long have you been the sole shareholder of Coastal International, Inc.?

**A Since 2003.**

Q And I'm going to try to -- this is one of the rare areas when I'm going back in time. I'm going to try and limit my questions from about 2012 until the present. Okay?

**A Okay.**

Q In the future when I ask you about different things.

What is Coastal International, Inc., in business to do?

MR. GOLDEN: As of today?

MR. EMERZIAN: Today?

**THE WITNESS: We are a labor contractor specializing in exhibit installation and dismantling and retail and residential interior installations.**

MR. EMERZIAN: Q: Okay. And has this been the same -- have these been the same activities that Coastal International, Inc., has been involved in since 2012?

**A Yes.**
Q Okay. Prior to 2012 do they do other things in the trade industry?
**A Yes, yes.**
Q Okay. Does Coastal International, Inc. -- let's go back to 2012. From 2012 until the present has Coastal International, Inc., held any special license or permits?
**A Yes, contractor's license?**
Q Which? What destination?
**A State of California, and State of Nevada, Washington State; that's B in California.**
Q Okay. And is it safe to say that you've been the responsible managing employee or officer or whatever -- you know, terms change all the time.
**A It's qualifier, yes.**
Q Qualifier --
**A Yes.**
Q And you've consistently held that position since 2012 until the present?
**A Yes.**
Q In going through the records there's -- I see that there's two other entities that are somehow associated with Coastal International, Inc. Those are Coastal International holdings, LLC, and Coastal International Trade Show Services, LLC. You're familiar with those services?

to get some foundation.

MR. EMERZIAN: Well, because -- and I'll tell you why. Because you've produced tax returns for the different entities. I understand that the parent company is Coastal International Holdings, LLC, but the bank account records are in Coastal International Inc. So we're trying --

MR. GOLDEN: Understood.

MR. EMERZIAN: -- I'm trying to figure out what --

MR. GOLDEN: Understood.

MR. EMERZIAN: -- who's doing what.

MR. GOLDEN: Understood. I'm fine with you answering that question.

MR. EMERZIAN: Okay.

MR. GOLDEN: I can't -- I just wanted to remind everybody this is still the exam of Coastal International, Inc.

MR. EMERZIAN: Correct.

MR. EMERZIAN: Q: So Coastal, beginning in 2014 the sole share -- strike that.

From 2014 until the present, is it -- is my understanding correct that the sole shareholder of Coastal International, Inc., is Coastal International Holdings, LLC?

**A Correct.**

Q Okay. Is Coastal International Holdings, LLC, is

Q I assume all the offices we've identified before or the New Jersey and the California office and the Southern California office, those are all properties that Coastal International, Inc., leases from a landlord; correct?

**A Correct.**

Q And with respect to your QuickBooks, I made the request of your attorney off the record -- would you be willing to produce a copy of your QuickBooks?

MR. GOLDEN: I want to -- I want to talk to him about that off the record before he answers. We haven't had those discussions yet. So you don't need to answer that now.

MR. EMERZIAN: Q: Well, let me ask something different -- let me ask something else. Would QuickBooks be the most reliable mechanism you have for tracking the total revenue of Coastal International, Inc., in any given year?

**A Yes.**

Q And would your QuickBooks program also be the most accurate mechanism for tracking what Coastal International, Inc.s' expenses are in any given year?

**A Yes.**

Q Okay. Who's in charge for inputting that information at Coastal International, Inc.?

MR. GOLDEN: Objection. Vague as to whether it's just one person.

MR. EMERZIAN: Q: And if it's more, there's a team, if you have a department. I'm just curious. Who oversees that application?
MR. GOLDEN: Currently?
THE WITNESS: Oversees --
MR. EMERZIAN: Q: Has it changed from 2012 until the present?
A No.
Q Who has been the primary person or persons?
A For inputting?
Q Correct.
A There's multiple people.
Q Okay. And who are they?
A Helen Lau, L-A-U, Christene Gordon, G-O-R-D-O-N, Terrence -- I don't know his last name. I'm not sure.
Q Okay. They're all employees of Coastal International, Inc.?
A Yeah. And Kathleen Spangler, James Bateman. He's a contract CFO.
Q Okay. But the other four parties, those are all employees of Coastal International, Inc.?
A Yes.
Q Are they all at the Northern California office?
A Yes.
Q You know, one of the things I don't think I saw

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

--oOo--

I, Pamela L. Silveira, do hereby certify that I am a Certified Shorthand Reporter and that I reported verbatim in shorthand writing the following proceedings completely and correctly to the best of my ability; that I thereafter caused by shorthand writing to be reduced to typewriting, and that the foregoing pages number 1 through 53 constitute a complete, true and correct record of said proceedings:

CASE: Global Experience Specialist fka GES Exposition Services, Inc.
vs.
Coastal International, Inc.

CASE NO. CIV-1801683

DATE: 7/22/19

If applicable: That I am a Certified Shorthand Reporter in the State of California, and in said capacity, I have adhered to Civil Code of Procedure Section 237(a)(2), Third District Court of Appeal Miscellaneous Order 96-02, by sealing, through redaction, of all references to juror-identifying information, including but not limited to names, addresses, and telephone numbers.

Dated: July 22, 2019

Pamela L. Silveira, C.S.R. No. 12672
Certified Shorthand Reporter

# EXHIBIT J



VISIT OUR CONSTRUCTION SERVICES WEBSITE

REQUEST I&D LABOR

A LEADING FORCE IN THE EXHIBIT & EVENT INDUSTRY

HOME OUR SERVICES HOW WE WORK CLIENTS & TESTIMONIALS OUR STORY LOCATIONS CALENDAR CONTACT US




CONTACT US:

**Coastal International, Inc.**
**Headquarters Office**

Phone: 415-339-1700
Toll Free: 800-235-9200
Fax: 415-339-1710

Mail: 3 Harbor Drive, #211
Sausalito, CA 94965

Email: info@coastalintl.com

REQUEST MORE INFO:

Name *

Email *

Message

Send

© Coastal International, Inc.

Coastal International, Inc. is a proud member of these industry associations:












# EXHIBIT K




REQUEST I&D LABOR

A LEADING FORCE IN THE EXHIBIT & EVENT INDUSTRY

HOME OUR SERVICES HOW WE WORK CLIENTS & TESTIMONIALS OUR STORY LOCATIONS CALENDAR CONTACT US

# Welcome to the exhibit experience you deserve

Expert labor where and when you need it.
Premier provider of skilled installation & dismantling services throughout the U.S. and beyond.
Tradeshows, conventions, private events, and more..

LEARN MORE

PRE-SHOW PLANNING

INSTALLATION & DISMANTLING

ADVANCED TECHNOLOGIES

EXHIBIT HOUSE INTERFACE

CUSTOM SERVICES

## WHY COASTAL INTERNATIONAL?

### OVER 30 YEARS OF CONTINUED SUCCESS IN THE EVENT INDUSTRY

**We know I&D**. We specialize in installation & dismantling, period. With that level of focus, quality is guaranteed... MORE >

**We know the U.S and beyond**. With our extensive national and international network of experienced project managers and lead installers, we've dedicated ourselves to understanding each job's particular needs... MORE >

## CONNECT WITH US

Phone: 415-339-1700
Toll Free: 800-235-9200
Fax: 415-339-1710

Headquarters: 3 Harbor Drive, #211
Sausalito, CA 94965

Email: info@coastalintl.com

REQUEST MORE INFO

Name *

**We know all events**. Our highly skilled labor is available for trade shows, conventions, corporate meetings, museum exhibits, private events, retail environments… MORE >

**We know timelines**. In an industry driven by the ticking clock, it's our belief that there's no such thing as "unavoidable delay." We plan and prepare for everything, so your exhibit needs are met on schedule… MORE >

Email *

Message

Send

© Coastal International, Inc.

Coastal International, Inc. is a proud member of these industry associations:












# EXHIBIT L

The Parties, by their duly authorized representatives, hereby execute this Agreement.

**SELLER:**
Coastal International, Inc., Debtor-in-Possession

Bruce E. Green
Name: BRUCE E. GREEN
Title: CEO

STATE OF California )
) ss.
COUNTY OF Marin )

On this 16th day of September, 2019, before me, the undersigned notary, personally appeared Bruce E. Green, who being by me duly sworn did state, that he/she is the CEO of Coastal International, Inc., Debtor in Possession, the company that executed the within instrument, and acknowledged to me that such company executed the same and that he/she was authorized to execute said instrument.

WITNESS my hand and official seal.




Notary Public

My Commission Expires: April 15, 2022

Residing At: Mill Valley, CA 94941

## EXHIBIT A

**Administration Discount:**

| Number of Days from Purchase Date to Date Account is Closed | Total Discount Percentage |
|---|---|
| 01 to 90 days | .008% per diem |

**Discount Fee Rate:** Seller shall pay interest to Purchaser on the outstanding Obligations of the Agreement at a variable per annum rate equal to the LIBOR Rate plus 7.500%. As of the date hereof, LIBOR Rate is 2.13%, therefore the corresponding Discount Fee Rate is 9.63% per annum, with a per diem rate of .02675% (9.63% divided by 360 days). Notwithstanding the foregoing, at no time shall the LIBOR Rate applicable to calculating the Discount Fee Rate be less than 2.13%.

**LIBOR Rate**: For purposes of this Agreement, the term ***"LIBOR Rate"*** shall mean the rate of interest quotations for the ninety (90) day London InterBank Offered Rate, as published by the *Wall Street Journal,* commonly known as the "90 day LIBOR Rate" or "Three-Month LIBOR Rate", or, if no longer provided or published by the *Wall Street Journal,*

# EXHIBIT M

Form **1120S** Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

EXTENSION GRANTED TO 09/15/18

OMB No. 1545-0123

**2017**

For calendar year 2017 or tax year beginning , and ending

A S election effective date: 02/18/2014

B Business activity code number (see instructions): 238900

C Check if Sch. M-3 attached: ☐

TYPE OR PRINT

Name: COASTAL INTERNATIONAL HOLDINGS, LLC

Number, street, and room or suite no. If a P.O. box, see instructions: 3 HARBOR DRIVE SUITE 211

City or town, state or province, country, and ZIP or foreign postal code: SAUSALITO, CA 94965

D Employer identification number: 46-4984478

E Date incorporated: 02/18/2014

F Total assets (see instructions): $ 2,991,518.

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation

I Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**Caution:** *Include* **only** *trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 23,545,422. b Return and allowances 445,797. c Bal. Subtract line 1b from line 1a ▶ | 1c | 23,099,625. |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 16,190,144. |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 6,909,481. |
| | 4 | Net gain (loss) from Form 4797, line 17 *(attach Form 4797)* | 4 | |
| | 5 | Other income (loss) *(attach statement)* STATEMENT 1 | 5 | 312,143. |
| | 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 7,221,624. |
| Deductions (See instructions for limitations) | 7 | Compensation of officers (see instrs. - attach Form 1125-E) | 7 | 547,600. |
| | 8 | Salaries and wages (less employment credits) | 8 | 2,559,516. |
| | 9 | Repairs and maintenance | 9 | 3,099. |
| | 10 | Bad debts | 10 | 6,741. |
| | 11 | Rents | 11 | 278,443. |
| | 12 | Taxes and licenses STATEMENT 2 | 12 | 210,164. |
| | 13 | Interest | 13 | 164,406. |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return *(attach Form 4562)* | 14 | 1,900. |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| | 16 | Advertising | 16 | 106,756. |
| | 17 | Pension, profit-sharing, etc., plans | 17 | 72,934. |
| | 18 | Employee benefit programs | 18 | 100,694. |
| | 19 | Other deductions *(attach statement)* STATEMENT 3 | 19 | 2,999,012. |
| | 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 7,051,265. |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 170,359. |
| Tax and Payments | 22a | Excess net passive income or LIFO recapture tax *(see instructions)* — 22a | | |
| | b | Tax from Schedule D (Form 1120S) — 22b | | |
| | c | Add lines 22a and 22b | 22c | |
| | 23a | 2017 estimated tax payments and 2016 overpayment credited to 2017 — 23a | | |
| | b | Tax deposited with Form 7004 — 23b | | |
| | c | Credit for federal tax paid on fuels *(attach Form 4136)* — 23c | | |
| | d | Add lines 23a through 23c | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| | 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 | Enter amount from line 26 **Credited to 2018 estimated tax** ▶ **Refunded** ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer | Date | ▶ PRESIDENT Title

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| GREGORY S PORTER CPA | Gregory S Porter CPA — Digitally signed by Gregory S Porter CPA Date: 2018.09.22 11:15:39 -07'00' | 09/13/18 | ☐ | [redacted] |

Firm's name ▶ SILVERMAN, KRANTZ & PORTER — Firm's EIN ▶ 94-2917555

Firm's address ▶ 4640 GEARY BLVD. SAN FRANCISCO, CA 94118-2907 — Phone no. 415-668-5550

JWA 711701 12-20-17 **For Paperwork Reduction Act Notice, see separate instructions.** Form **1120S** (2017)

# EXHIBIT N

Form **1120S** Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

EXTENSION GRANTED TO 09/15/17

OMB No. 1545-0123 **2016**

For calendar year 2016 or tax year beginning , and ending

| | |
|---|---|
| A S election effective date: 02/18/2014 | Name: COASTAL INTERNATIONAL HOLDINGS, LLC |
| B Business activity code number (see instructions): 238900 | Number, street, and room or suite no.: 3 HARBOR DRIVE SUITE 211 |
| C Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code: SAUSALITO, CA 94965 |
| D Employer identification number: 46-4984478 | E Date incorporated: 02/18/2014 |
| F Total assets (see instructions): $ 3,817,124. | |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation

I Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**Caution:** *Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| Section | Line | Description | Ref | Amount |
|---|---|---|---|---|
| Income | 1 a | Gross receipts or sales 25,049,541. b Return and allowances c Bal. Subtract line 1b from line 1a ▶ | 1c | 25,049,541. |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 17,321,495. |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 7,728,046. |
| | 4 | Net gain (loss) from Form 4797, line 17 *(attach Form 4797)* | 4 | |
| | 5 | Other income (loss) *(attach statement)* STATEMENT 1 | 5 | 647,270. |
| | 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 8,375,316. |
| Deductions (See instructions for limitations) | 7 | Compensation of officers (see instrs. - attach Form 1125-E) | 7 | 582,600. |
| | 8 | Salaries and wages (less employment credits) | 8 | 2,820,731. |
| | 9 | Repairs and maintenance | 9 | 4,840. |
| | 10 | Bad debts | 10 | 2,406. |
| | 11 | Rents | 11 | 232,589. |
| | 12 | Taxes and licenses STATEMENT 2 | 12 | 372,869. |
| | 13 | Interest | 13 | 141,546. |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return *(attach Form 4562)* | 14 | 3,004. |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| | 16 | Advertising | 16 | 85,957. |
| | 17 | Pension, profit-sharing, etc., plans | 17 | 5,709. |
| | 18 | Employee benefit programs | 18 | 175,027. |
| | 19 | Other deductions *(attach statement)* STATEMENT 3 | 19 | 2,964,416. |
| | 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 7,391,694. |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 983,622. |
| Tax and Payments | 22 a | Excess net passive income or LIFO recapture tax *(see instructions)* 22a | | |
| | b | Tax from Schedule D (Form 1120S) 22b | | |
| | c | Add lines 22a and 22b | 22c | |
| | 23 a | 2016 estimated tax payments and 2015 overpayment credited to 2016 23a | | |
| | b | Tax deposited with Form 7004 23b | | |
| | c | Credit for federal tax paid on fuels *(attach Form 4136)* 23c | | |
| | d | Add lines 23a through 23c | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| | 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 | Enter amount from line 26 **Credited to 2017 estimated tax** ▶ **Refunded** ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶ Date ▶ PRESIDENT Title

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name: GREGORY S PORTER CPA | Preparer's signature: Gregory S Porter (Digitally signed by Gregory S Porter DN: cn=Gregory S Porter, o=Silverman, Krantz & Porter, ou=SF Office, email=Gregory@estprofit.com, c=US Date: 2017.09.21 17:46:25 -07'00') |
| Date: 09/18/17 | Check if self-employed ☐ |
| PTIN: [redacted] | |
| Firm's name ▶ SILVERMAN, KRANTZ & PORTER | Firm's EIN ▶ 94-2917555 |
| Firm's address ▶ 4640 GEARY BLVD. SAN FRANCISCO, CA 94118-2907 | Phone no. 415-668-5550 |

JWA 611701 12-22-16 **For Paperwork Reduction Act Notice, see separate instructions.** Form **1120S** (2016)



10540918 700036 309CONSOLIDA 2016.04020 COASTAL INTERNATIONAL HOLDI 309CONS1

# EXHIBIT O

**Coastal International Holdings LLC 12-31-18 Balance Sheet**

Balance Sheet as of December 31, 2018

| | Dec 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **ADP P/R Clearing** | 0.00 |
| **TAB Bank** | 601,402.04 |
| **Total Checking/Savings** | 601,402.04 |
| **Accounts Receivable** | |
| **112 · Accounts Receivable** | 1,709,891.16 |
| **Total Accounts Receivable** | 1,709,891.16 |
| **Other Current Assets** | |
| **Allowance for Doubtful Accounts** | -155,000.00 |
| **John Hancock Life- $5M** | 6,633.89 |
| **John Hancock Life - $1M** | 44,950.87 |
| **Unbilled Revenue** | 251,826.06 |
| **Unclaimed Property** | 13,631.25 |
| **120 · Employee Advance** | 819.70 |
| **12000 · Undeposited Funds** | 28,121.54 |
| **150 · Deposits - Rent** | 49,914.50 |
| **Total Other Current Assets** | 240,897.81 |
| **Total Current Assets** | 2,552,191.01 |
| **Fixed Assets** | |
| **Coast software** | 181,967.67 |
| **163 · Leasehold Improvement** | 14,039.14 |
| **166 · Accumulated Depreciation** | -110.00 |
| **167 · Furniture, Fixtures** | 160,730.40 |
| **168 · Accumulated Depreciation - Furn** | -156,729.71 |
| **171 · Computer Equipment** | 64,546.15 |
| **172 · Accumulated Depreciation - Comp** | -49,436.71 |
| **173 · Vehicles** | 609,860.49 |
| **174 · Accumulated Depreciation - Vehi** | -534,348.71 |
| **177 · Machinery & Equipment** | 416,590.34 |
| **178 · Accumulated Depreciation - Mach** | -412,052.71 |
| **191 · Accumulated Amortization** | -161,371.00 |
| **Total Fixed Assets** | 133,685.35 |
| **TOTAL ASSETS** | **2,685,876.36** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **212 · Accounts Payable** | 931,766.19 |
| **Other Payables** | 400,000.00 |
| **Total Accounts Payable** | 1,331,766.19 |

| | |
|---|---|
| **Credit Cards** | |
| **American Express** | 189,799.09 |
| **Home Depot** | -0.01 |
| **Lowe's** | 0.00 |
| **Office Depot** | 1,506.50 |
| **Total Credit Cards** | 191,305.58 |
| **Other Current Liabilities** | |
| **Accrued Profit Sharing** | 1,964.70 |
| **Bruce Green Loan** | 0.00 |
| **Other Payable Items** | 0.00 |
| **Deposits** | 877,219.28 |
| **Factored Invoices Sold** | 1,712,108.23 |
| **Unresolved Credits** | 11,295.85 |
| **25500 · Sales Tax Payable** | 97,127.42 |
| **261 · Flexible Spending Withheld** | 0.00 |
| **273 · 401 (K) Contributions** | 0.00 |
| **289 · Income Tax Payable - State** | 0.00 |
| **Total Other Current Liabilities** | 2,699,715.48 |
| **Total Current Liabilities** | 4,222,787.25 |
| **Total Liabilities** | 4,222,787.25 |
| **Equity** | |
| **310 · Capital Stock** | 520.00 |
| **320 · Retained Earnings** | -1,783,529.82 |
| **Net Income** | 246,098.93 |
| **Total Equity** | -1,536,910.89 |
| **TOTAL LIABILITIES & EQUITY** | **2,685,876.36** |

# EXHIBIT P

# Equipment Inventory 12-31-18

| | No Cal | South Cal | New Orleans | New York/Phil | Orlando | Nashville | Chicago | Atlanta |
|---|---|---|---|---|---|---|---|---|
| 4' | 3 | 10 | 1 | 2 | 2 | 3 | | |
| 6' | 27 | 57 | 17 | 17 | 20 | 7 | 50 | 12 |
| 8' | 19 | 30 | 24 | 17 | 14 | 8 | 46 | 24 |
| 10' | 12 | 26 | 4 | 7 | 9 | 3 | 12 | 8 |
| 12' | 10 | 18 | 8 | 5 | 13 | 5 | 18 | 8 |
| 14' | 9 | 10 | 4 | 6 | 7 | 3 | 4 | |
| 16' | 5 | 10 | 11 | 8 | 8 | 2 | 13 | 6 |
| gang box | 2 | | 4 | 1 | 4 | 1 | 5 | 2 |
| husky boxes | | | | 5 | | | | |
| slant box | 2 | 3 | 2 | | | | | |
| cages | 4 | | 2 | 2 | 2 | | 5 | 2 |
| genies | 0 | 6 | 3 | 2 | | | 1 | 2 |
| scaffold | 0 | | | | | | 1 | |
| pallet jack | 0 | | | | | | | |
| | Moscone Center<br>747 Howard St.<br>San Francisco, CA | 2832 B Walnut Ave<br>Tustin, Ca 92780 | 412 Heritage Ave<br>Gretna,La 70056 | Jacob Javits C C<br>655 12 Th Ave<br>New Tork City<br><br>Lifestorage<br>300 Alwood Rd<br>Clifton, NJ<br><br>Mini U Storage-Philly<br>2841 Rt 73<br>Maple Shade, NJ | 1271 LaQuinta Dr Ste 8<br>Orlando, Fl 32809 | Cubesmart<br>1202 Antioch Pike<br>Nashville , Tn 37211<br><br>Cubesmart<br>2825 Lebanon Pike<br>Nashville, Tn 37214 | McCormick Place<br>2100 S Lake Shore DR<br>Chicago, Ill 60602 | Public Storage<br>387 Northside Dr<br>Atlanta, Ga 30318<br>Unit 14 |

| Texas | Las Vegas | Miami | DC/Baltimore | Total | Value Each | Liquidation Value |
|---|---|---|---|---|---|---|
| | 10 | | | 31 | $40 | $1,240 |
| 26 | 42 | 10 | 13 | 298 | $50 | $14,900 |
| 21 | 33 | 10 | 7 | 253 | $75 | $18,975 |
| 11 | 30 | | 6 | 128 | $90 | $11,520 |
| 15 | 13 | 6 | 8 | 127 | $100 | $12,700 |
| 9 | 14 | | 5 | 71 | $120 | $8,520 |
| 12 | 19 | 4 | 5 | 103 | $130 | $13,390 |
| 6 | 4 | 1 | | 30 | $200 | $6,000 |
| | | | 4 | 9 | $50 | $450 |
| 4 | 5 | | | 16 | $275 | $4,400 |
| 2 | 7 | 1 | 1 | 28 | $300 | $8,400 |
| 2 | 2 | | | 18 | $875 | $15,750 |
| | 2 | | | 3 | $600 | $1,800 |
| | 4 | | | 4 | $150 | $600 |
| | | | | | Total | $118,645 |
| 512 Kirkpatrick<br>Ennis, Tx 75119 | 5475 Wynn Road St 400<br>Las Vegas,Nv 89118 | 11815 SW Grapefruit Ct<br>Palm City,Fl 34990 | Extra Space Storage<br>8374 Veterans Hwy<br>Millersville, Md 21108 | | | |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Alston & Bird LLP, 333 S. Hope Street, 16th Floor, Los Angeles, CA 90071

**DECLARATION OF LEIB M. LERNER IN SUPPORT OF MOTION OF GLOBAL EXPERIENCE SPECIALIST F/K/A GES EXPOSITION SERVICES, INC. TO DISMISS OR TRANSFER VENUE PURSUANT TO 28 U.S.C. §§ 1408 AND 1412 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1014(a)**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/2/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello** rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- **Jeffrey I Golden** jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- **Nancy S Goldenberg** nancy.goldenberg@usdoj.gov
- **Alan Craig Hochheiser** ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Leib M Lerner** leib.lerner@alston.com, autodockettest-lax@alston.com
- **Elan S Levey** elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William McCormick** Bill.McCormick@ag.tn.gov
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On 10/2/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/2/2019 | Rosa Nelly Villaneda | /s/ Rosa Nelly Villaneda |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | | |
|---|---|---|
| Honorable Theodor C. Albert<br>United States Bankruptcy Court<br>411 West Fourth Street, Suite 5085, Courtroom 5B<br>Santa Ana, CA 92701-4593 | Northern California Carpenters Fund<br>PO Box 882134<br>San Francisco, CA 94188-2134 | AmTrust North America<br>Attn: Accounts Receivable<br>800 Superior Ave. E. 21st Floor\|<br>Cleveland, OH 44114-2613 |
| American Express Corp. Svcs.<br>Attn: US Payment FL<br>1801 NW 66th Ave., Suite 103A<br>Fort Lauderdale, FL 33313-4571 | Chicago Regional Council of Carpenters<br>12 East Erie Street<br>Chicago, IL 60611-2796 | Laborers Trust Fund for Northern CA<br>PO Box 882913<br>San Francisco, CA 94188-2913 |
| Trust Fund Office Local Union 831 STD<br>PO Box 513435<br>Los Angeles, CA 90051-3435 | Sign Pictorial Display Industry Allied<br>PO Box 45186<br>San Francisco, CA 94145-0186 | Teamsters Local 631 Security Fund<br>PO Box 844552<br>Los Angeles, CA 90084-4552 |
| Anthem Blue Cross<br>PO Box 51011<br>Los Angeles, CA 90051-5311 | Spangler, Kathleen<br>554 16th Avenue<br>San Francisco, CA 94118-3509 | Western Conference of Teamsters<br>2323 Eastlake Avenue East<br>Seattle, WA 98102-3393 |
| Lopez, Jesus<br>4585 San Juan Avenue<br>Fremont, CA 94536-5544 | Randall, Dee<br>38 Red Hill Circle<br>Belvedere Tiburon, CA 94920-1700 | Johnson, Amy<br>543 Wisteria Way<br>San Rafael, CA 94903-2425 |
| Gorman, Michael<br>11 Jeffrey Lane<br>Hightstown, NJ 08520-1703 | Shell Fleet Plus- WEX BANK<br>PO Box 4337<br>Carol Stream, IL 60197-4337 | Cowperthwait, Shelley<br>6802 Bayberry Creek<br>Las Vegas, NV 89130-4999 |
| | Boone, Mike<br>4065 Lavergne<br>Antioch, TN 37013 | Willwork Global Event Services<br>23 Norfolk Avenue, Suite A<br>South Easton, MA 02375-1187 |