Leib M. Lerner (CA State Bar No. 227323)
Alina A. Ananian (CA State Bar No. 322905)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
Email: alina.ananian@alston.com

Attorneys for Global Experience Specialist
f/k/a GES Exposition Services, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Coastal International Inc.,<br><br>Debtor | Bankruptcy Case No. 19-13584-TA<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF GLOBAL EXPERIENCE SPECIALIST F/K/A GES EXPOSITION SERVICES, INC. TO DISMISS OR TRANSFER VENUE PURSUANT TO 28 U.S.C. §§ 1408 AND 1412 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1014(a)**<br><br>[*Filed concurrently with Motion; Declaration of Leib M. Lerner; and Request for Judicial Notice*]<br><br>Hearing<br>Date:   October 24, 2019<br>Time:   3:00 p.m.<br>Place:  Courtroom 5B<br>           411 West Fourth Street<br>           Santa Ana, CA 92701 |

NOTICE OF MOTION TO DISMISS OR TRANSFER VENUE

LEGAL02/39271195v2

**TO THE COURT, ALL CREDITORS, PARTIES IN INTEREST, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that Global Experience Specialist f/k/a GES Exposition Services, Inc. ("**GES**"), has filed a Motion to Dismiss or Transfer Venue ("**Motion**") pursuant to 28 U.S.C. §§ 1408 & 1412 and Federal Rule of Bankruptcy Procedure 1014(a), and that a hearing will be held before the Honorable Theodor Albert, United States Bankruptcy Judge, on October 24, 2019, at 3:00 p.m., at the United States Bankruptcy Court, in Courtroom 5B, located at 411 West Fourth Street, Santa Ana, CA 92701.

**PLEASE TAKE NOTICE** that GES is seeking entry of an order dismissing this case or transferring it to the United States Bankruptcy Court for the Northern District of California, which is Debtor Coastal International Inc.'s ("**Debtor**") true principal place of business and assets for the past 30 years, in the interest of justice and the convenience of the parties.

**PLEASE TAKE FURTHER NOTICE** that this Motion is based upon this Notice of Hearing, the concurrently filed Motion and the Declaration of Leib M. Lerner, the entire record in this case, and such further evidence and argument as may be made at the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's September 24, 2019 Scheduling Order, any responsive papers shall be filed by October 11, 2019. [Doc. 2].

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h) failure to timely file and serve a response may be deemed by the Court as consent to the granting of the Motion.

Dated: October 2, 2019

**ALSTON & BIRD LLP**

By: /s/ Leib M. Lerner
Leib M. Lerner
Attorneys for Global Experience Specialist
f/k/a GES Exposition Services, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  Alston & Bird LLP, 333 S. Hope Street, 16th Floor, Los Angeles, CA 90071

**NOTICE OF MOTION OF GLOBAL EXPERIENCE SPECIALIST F/K/A GES EXPOSITION SERVICES, INC. TO DISMISS OR TRANSFER VENUE PURSUANT TO 28 U.S.C. §§ 1408 AND 1412 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1014(a)**
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/2/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Leib M Lerner**    leib.lerner@alston.com, autodockettest-lax@alston.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William McCormick**    Bill.McCormick@ag.tn.gov
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: On 10/2/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

See attached.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/2/2019 | Rosa Nelly Villaneda | /s/ Rosa Nelly Villaneda |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
LEGAL02/39281494v1

| | | |
|---|---|---|
| Honorable Theodor C. Albert<br>United States Bankruptcy Court<br>411 West Fourth Street, Suite 5085,<br>Courtroom 5B<br>Santa Ana, CA 92701-4593 | Northern California Carpenters Fund<br>PO Box 882134<br>San Francisco, CA 94188-2134 | AmTrust North America<br>Attn: Accounts Receivable<br>800 Superior Ave. E. 21st Floor<br>Cleveland, OH 44114-2613 |
| American Express Corp. Svcs.<br>Attn: US Payment FL<br>1801 NW 66th Ave., Suite 103A<br>Fort Lauderdale, FL 33313-4571 | Chicago Regional Council of Carpenters<br>12 East Erie Street<br>Chicago, IL 60611-2796 | Laborers Trust Fund for Northern CA<br>PO Box 882913<br>San Francisco, CA 94188-2913 |
| Trust Fund Office Local Union 831 STD<br>PO Box 513435<br>Los Angeles, CA 90051-3435 | Sign Pictorial Display Industry Allied<br>PO Box 45186<br>San Francisco, CA 94145-0186 | Teamsters Local 631 Security Fund<br>PO Box 844552<br>Los Angeles, CA 90084-4552 |
| Anthem Blue Cross<br>PO Box 51011<br>Los Angeles, CA 90051-5311 | Spangler, Kathleen<br>554 16th Avenue<br>San Francisco, CA 94118-3509 | Western Conference of Teamsters<br>2323 Eastlake Avenue East<br>Seattle, WA 98102-3393 |
| Lopez, Jesus<br>4585 San Juan Avenue<br>Fremont, CA 94536-5544 | Randall, Dee<br>38 Red Hill Circle<br>Belvedere Tiburon, CA 94920-1700 | Johnson, Amy<br>543 Wisteria Way<br>San Rafael, CA 94903-2425 |
| Gorman, Michael<br>11 Jeffrey Lane<br>Hightstown, NJ 08520-1703 | Shell Fleet Plus- WEX BANK<br>PO Box 4337<br>Carol Stream, IL 60197-4337 | Cowperthwait, Shelley<br>6802 Bayberry Creek<br>Las Vegas, NV 89130-4999 |
| | Boone, Mike<br>4065 Lavergne<br>Antioch, TN 37013 | Willwork Global Event Services<br>23 Norfolk Avenue, Suite A<br>South Easton, MA 02375-1187 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LEGAL02/39281494v1

**F 9013-3.1.PROOF.SERVICE**